UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN HARKABI,<br>GIDON ELAZAR<br><br>                   Plaintiffs,<br><br>-against-<br><br>SANDISK CORPORATION<br><br>                   Defendant. | Index No. 08 CV 8203 (Pauley)<br>ECF CASE<br><br>**STIPULATION**<br><br>Hon. William H. Pauley, III |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties, by and through their attorneys, that the time for defendant SanDisk Corporation to Answer, move or otherwise respond to the Complaint is hereby extended to and including November 14, 2008.

DATED: October 14, 2008

                                        STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

                                        By: _____
                                        Charles A. Stillman
                                        425 Park Ave., 26th Floor
                                        New York, New York 10022
                                        (212) 223-0200
                                        *Attorneys for Plaintiffs*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
                                        10/20/08

O'MELVENY & MYERS LLP

By: _____
Charles E. Bachman
7 Times Square
New York, New York 10036
Tel:      (212) 326-2000
Fax:      (212) 326-2061
Email:    cbachman@omm.com
*Attorneys for Defendant SanDisk Corp.*

IT IS SO ORDERED.

Dated: _____    _____
                                 HON. WILLIAM H. PAULEY, III

NY1:1756719.1