UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                      :

DAN HARKABI and GIDON ELAZAR,

                                       Plaintiffs,           08 Civ. 8203 (WHP)

                                       -against-              <u>SCHEDULING ORDER NO. 1</u>

SANDISK CORPORATION,

                                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on November 21, 2008, the following schedule is established on consent:

1. All fact discovery shall be complete by July 15, 2009;

2. The parties shall designate experts by June 15, 2009;

3. The parties shall exchange expert reports by August 31, 2009;

4. The parties shall exchange any rebuttal reports by September 18, 2009;

5. All expert discovery shall be complete by October 15, 2009;

6. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by November 13, 2009; and

      7. The Court will hold a final pre-trial conference on November 20, 2009 at 10:00 a.m.

Dated:    November 21, 2008
            New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                          U.S.D.J.

*Counsel of Record*:

Charles A. Stillman, Esq.
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
26th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Charles Edward Bachman, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036
*Counsel for Defendant*