UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

DAN HARKABI and GIDON ELAZAR  :  Index No.: 08 Civ. 8203(WHP)

Plaintiffs,  :

SCHEDULING ORDER NO. 2

vs.  :

SANDISK CORPORATION,  :

Defendant.  :

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09

WILLIAM H. PAULEY III, District Judge:

The following schedule is established on consent:

1. All fact discovery shall be complete by December 1, 2009;

2. The parties shall designate experts by November 2, 2009;

3. The parties shall exchange expert reports by January 15, 2010;

4. The parties shall exchange any rebuttal reports by February 5, 2010;

5. All expert discovery shall be complete by March 5, 2010;

6. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by April 2, 2010;

7. The Court will hold a final pre-trial conference on April 23, 2010 at 10:00 a.m..

Dated:   August 7, 2009
         New York, NY

SO ORDERED

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Charles A. Stillman, Esq.
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
26th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Charles Edward Bachman, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036
*Counsel for Defendant*