# Stillman

# Exhibit 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DAN HARKABI,                                    :        Index No.: 08-CV-8203(WHP)(THK)
GIDON ELAZAR,                                   :
                                                :
                                                :
                Plaintiffs,                     :
                                                :
                                                :
        vs.                                     :        **NOTICE OF DEPOSITION**
                                                :        **PURSUANT TO**
                                                :        **FED. R. CIV. P. 30(B)(6)**
SANDISK CORPORATION,                            :
                                                :
                                                :
                Defendant.                      :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6) and 45, plaintiffs will

take the deposition(s) upon oral examination, to be recorded by stenographic means and

videotape, at the offices of Stillman, Friedman & Shechtman, P.C., 425 Park Avenue, New York,

NY 10022, of SanDisk Corporation ("SanDisk"). SanDisk is requested to designate the person or

persons most knowledgeable and prepared to testify on behalf of SanDisk concerning the subject

matter described in Attachment A hereto. The designated witness or witnesses shall produce in

advance of the deposition, no later than May 7, 2009 at 9:30 a.m., the documents described in

Attachment B. The deposition(s) will commence at 9:30 a.m. on May 14, 2009. If necessary,

each deposition will be adjourned until completed.


Dated: New York, New York
        April 16, 2009

STILLMAN, FRIEDMAN &
SHECHTMAN, P.C.

By:_____
      Charles A. Stillman
      James A. Mitchell
      Daniel V. Shapiro

425 Park Avenue
New York, New York 10022
(212) 223-0200
*Counsel for Plaintiffs Harkabi and Elazar*

TO:    Charles Bachman
       O'Melveney & Myers LLP
       Times Square Tower
       7 Times Square
       New York, NY 10036
       *Counsel for SanDisk Corporation*

## Attachment A

Unless otherwise stated, the relevant time period for each subject matter listed on

Attachment A is January 1, 2004 to present.

1) Any and all efforts undertaken by SanDisk to implement a litigation hold in response to plaintiffs' March 7, 2007 letter, attached hereto as Exhibit 1.

2) Whether and how email belonging to the following custodians has been lost or destroyed by SanDisk: Dan Harkabi, Gidi Elazar, Steve Nedeels, Tony Awal, and Orna Zarfati.

3) All efforts undertaken by SanDisk to date to respond to plaintiffs' document requests, including the process that was undertaken by SanDisk to search for and preserve relevant hard copy and electronic documents, including the creation of the report provided to plaintiffs on April 13, 2009 by counsel for SanDisk, attached hereto as Exhibit 2.

4) The process SanDisk had in place for archiving hard copy documents and electronic materials (including email) before and after 2007 as referenced in counsel for SanDisk's April 14, 2009 email, attached hereto as Exhibit 3.

5) The process SanDisk follows to retrieve the information on an employee's computer and/or laptop after they leave the company as referenced in counsel for SanDisk's April 14, 2009 email, attached hereto as Exhibit 3.

6) The process SanDisk undertook to preserve the files of Dan Harkabi and Gidi Elazar when they left the employment of SanDisk.

7) The current and any prior system(s) used to create, transmit, store, retrieve, and delete email including, but not limited to, name and version, installation dates, number of users, and location of users' mail files.

8) Acquisition, location, and disposition of personal computers used by employees and others and any systems for recording such information.

9) The chain of custody of hardware and software, including processes when an employee leaves, and replacement and repair of equipment.

10) How physical and electronic documents are maintained, archived, indexed, including descriptions of hardware and software used, and where this is physically located.

11) Electronic and paper records management and/or retention policies and procedures.

12) Corporate policies regarding employee use of company computers, software, e-mail and data.

13) The process for the retention of backup data and information as to how and where such data is stored.

## **Attachment B**

The designated witness or witnesses shall produce in advance of the deposition, no later than May 7, 2009 at 9:30 a.m., the following documents:

1) All documents which the deponent(s) plans to consult or relied upon in preparation for the deposition.

2) All document retention plans, technical manuals, network architecture diagrams, instructions, policies, booklets, memoranda, or guidelines to employees regarding the systems in use at SanDisk since January 1, 2004.

# EXHIBIT 1

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

March 7, 2007

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Megan Comport
Vice President and Associate General Counsel
SanDisk Corporation
601 McCarthy Boulevard
Milpitas, CA 95035

Re:     Dan Harkabi, Gidon Elazar and MDRM Technologies

Dear Ms. Comport:

We represent Dan Harkabi, Gidon Elazar and MDRM Technologies.

It has come to our attention that SanDisk is in breach of numerous legal obligations towards our clients. Among other things, SanDisk is in breach of its obligation to pay the full amount of the earn-out provision of the Amended and Restated Stock Purchase Agreement dated September 13, 2004 (SPA). It has also recently terminated our clients in retaliation for their complaints about this and other conduct by SanDisk, and for other pretextual reasons.

We understand that our clients have been working to resolve the issue of the earn-out since June of 2006 by meeting with and/or providing documentation to senior management, including Eli Harari, Yoram Cedar and yourself. At this point, because SanDisk appears unwilling to make any good faith attempt to resolve this issue, and particularly in light of SanDisk's recent termination of our clients, Messrs. Harkabi and Elazar have no choice but to escalate this dispute. Accordingly, please be advised that we are invoking their rights under Article 9(e)(ii) of the SPA regarding dispute resolution. By contract, SanDisk and our clients are required to engage in a one-day mediation with an impartial mediator on or before April 6, 2007. We will propose a

**quinn emanuel urquhart oliver & hedges, llp**

51165/2068269.1

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

number of impartial mediators as well as available dates to hold this mediation by the end of the week. We ask that you review this information and provide us with your selection or alternative names and dates no later than Wednesday, March 14, 2007.

In light of this dispute and the prospect of litigation, it is critically important that you retain all documents that in any way relate to these issues. Please consider this letter formal notice that you retain and preserve all copies of all documents, whether in hard or soft copy (including but not limited to emails, correspondence, presentations, notes, videotapes, etc.) that relate in any way to Dan Harkabi, Gidon Elazar, MDRM, or the MDRM Technology and/or its Derivatives, including but not limited to:

> (1.) emails and other correspondence to or from Messrs. Harkabi and Elazar, MDRM or any members of the Secure Content Solutions (SCS) team;

> (2.) all documents that refer in any way to Messrs. Harkabi and Elazar, MDRM or the SCS team;

> (3.) all documents that refer in any way to the MDRM Technology and/or Derivatives thereof, as defined in the SPA;

> (4.) all documents that refer or relate to the acquisition of MDRM, including but not limited to correspondence (for example correspondence by and/or between Eli Harrari, Rich Chernicoff, Cathy Lego and Yoram Cedar), draft agreements, business modeling, and technical and business evaluations or considerations;

> (5.) all documents that refer or relate to any debate or discussion at SanDisk about an earn-out with MDRM, including but not limited to correspondence, notes, and emails by and/or between Eli Harari, Rich Chernicoff, Cathy Lego and Yoram Cedar;

> (6.) all development, training, product, marketing, accounting, sales and finance documents that refer or relate to any products that use or embed the MDRM Technology and/or its Derivatives, including but not limited to the U3, SanGo, Cruzer Freedom, Cruzer Loop, and Trusted Flash from 2004 to the present;

> (7.) all documents, including DVDs and CDs or other means of electronic storage, that refer or relate to SanDisk's vision for and prospects for the MDRM Technology and/or its Derivatives;

> (8.) all documents that refer or relate to the "Emerging Markets" organization within SanDisk, including but not limited to business justifications, business plans, organizational charts and documents that refer to the reasons for the formation of such organization and the reasons this organization was disbanded or reorganized;

> (9.) all documents that refer or relate to the Device Management System (DMS), including but not limited to all correspondence, technical and business evaluations or considerations; organizational charts, meeting minutes, notes and documentation regarding the functionality and technology to be developed or incorporated into products by the DMS program;

(10.) all documents that refer or relate to the efforts to incorporate, use or embed the MDRM Technology and/or its Derivatives on other devices, including all documents that track such attempts and refer or relate to the reason such attempts were or were not successful;

(11.) all documents that refer or relate to manufacturing U3 devices and/or downloading data onto U3 devices, including documents resident in China and other locations outside of the United States; all hardware and software that is used to or in anyway facilitates the download of data onto U3 devices from 2004 to the present;

(12.) all documents that refer or relate to sales and marketing efforts to promote the MDRM Technology and/or its Derivatives, including the U3, San Go, Cruzer Freedom, Cruzer Loop, and Trusted Flash, as well as all documents that refer or relate to any effort to impede, slow down or interfere with the sales and marketing of such products or products incorporating such technology, including email, internal meeting summaries, notes and memoranda, customer meeting notes and memoranda, documents sufficient to identify the persons involved in such efforts, and financial information such as budgeting, price lists and costs from 2004 to the present;

(13.) all employment reviews and objectives for Messrs. Harkabi and Elazar;

(14.) all documents that refer or relate to SanDisk's participation in or presentations at conferences from 2004 to the present that refer or relate in any way to the U3 device, including but not limited to its technical features and capabilities; .

(15.) all correspondence (such as emails), meeting minutes and presentations that refer or relate to Product Line Meetings (PLM) and staff meetings of Yoram Cedar from 2004 to the present;

(16.) all documents that refer or relate in any way to the Amended and Restated Stock Purchase Agreement between SanDisk, MDRM, Inc. and other parties dated September 13, 2004, including all documents regarding their negotiation, termination, and terms, obligations under those agreements, including the fulfillment of those obligations, and documents sent to third parties regarding SanDisk's relationship with Messrs. Harkabi, Elazar and/or MDRM;

(17.) all documents that refer or relate to any other agreements between SanDisk and any of Messrs. Harkabi, Elazar and/or MDRM, including but not limited to any employment, escrow or stock repurchase agreements;

(18.) all documents that refer or relate to "Booklocker" or any technology that uses or embeds any of the technology in Booklocker in whole or in part;

(19.) all documents that refer or relate to the escrow agent for the earn-out, including but not limited to any communications with the same;

(20.) all documents that refer or relate to the employment of Messrs. Harkabi and Elazar, including but not limited to their personnel files, performance reviews, compensation, and any employment action with respect to them, including termination;

(21.) all documents that refer or relate to the reduction in force by SanDisk on our about March 1, 2007;

(22.) all public disclosures, including but not limited to press releases, securities filings, communications made to analysts, regarding the acquisition of MDRM, the MDRM technology, and the reduction in force of March 1, 2007; and

(23.) all documents that refer or relate to U3 (the company) and/or M-Systems regarding the U3 program, including documents that refer or relate to engineering of the U3 product, such as security, certificates, keys, sessions, serial numbers, serialization, product identification, loading data into products as a step of their manufacturing, product manufacturing process, and amount of time per device in the manufacturing equipment.

We also ask that you retain all email, documents and computers (including laptops) of Messrs. Harkabi, Elazar and any member of the SCS team, the SanDisk U3 program team members (including Carlos Gonzales and Henry Huton), the SanDisk Trusted Flash Team members (including Farshid Sabet, Bahman Q., and Alson Kemp), and the SanDisk Engineering team of U3 and Trusted Flash (including Micky Holtzman, Sean Chang, and Simon Stolero), whether currently or formerly employed at SanDisk, and not re-image, write over or otherwise destroy or compromise any electronic data for such individuals.

Destruction or alteration of any such documents or electronic materials is undoubtedly a violation of SanDisk's Code of Ethics and Business Conduct. Moreover, destruction or alteration of any such documents or electronic materials may subject SanDisk and any individuals involved, to contempt of court or other civil and criminal penalties.

We look forward to receiving your response to our list of mediators no later than Wednesday, March 14, 2007. Thank you in advance for your compliance with these important requests. Please feel to contact me if you have any questions or wish to discuss this matter.

Very truly yours,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Diane M. Doolittle
Co-Chair, National Trial Practice Group

cc:     Claude M. Stern

51165/2068269.1                                             4

# EXHIBIT 2



# Title

## Contents

## Notes

## Caution

## About Cont

Control Disco
intellectual p

## Contact Us

For more info

Control Discove
355 Melrose Av
San Francisco,
Tel 415-334-97
jim.barrick@c
www.controld

**Control Discove
Discovery, Inc**

Version A

# Control Discovery
## Proven Solutions for Electronic Discovery

## Harkabi v. SanDisk Custodian Keyword Report

Summary Report
Search Criteria Report
Custodian Detail Reports (17)

1. There was no email recovered for four custodians and therefore no Custodian Detail reports.  (Names are noted
2. The keyword totals listed in the Summary and 17 Custodian Detail reports tabulate all occurrences of each key
3. Custodian Detail reports list only keywords with one or more occurrences.  Keywords with zero occurrences are
4. Keywords omitted from the Summary report were not found in any custodians data.

1. Please remember to make backup copies of this Excel file before attempting to sort columns.
2. Always select (highlight) all data in a worksheet before sorting a particular column or data corruption will occur.

**trol Discovery**

very offers a wide range of information risk management services designed to help enterprise clients manage
roperty security, litigation readiness, and electronic discovery.

rmation about Control Discovery, please contact us:

ery, Inc.
venue
, CA  94127
700
controldiscovery.com
iscovery.com

ery, the Control Discovery Logo, are service marks or trademarks of Control Discovery, Inc.  Copyright © 2002 - 2009Control
Microsoft Office (logo), OneNote, Outlook, PowerPoint, and Windows are registered trademarks in the United States and/or other

4/13/2009, 745am

d in the Criteria Report)
word.
e omitted.

**Harkabi v. SanDisk**
Summary of Keyword Results

| Keyword | Keyword Usage - All Custodians | Andy Tomlin | Percent |
|---|---|---|---|
| ADIR | 22,021 | 3,583 | 2.77% |
| API | 40,279 | 12,222 | 9.44% |
| book NEAR(2) locker | 267 | 22 | 0.02% |
| BookLocker | 4,070 | 78 | 0.06% |
| Cruzer | 52,608 | 1,620 | 1.25% |
| Danh | 50 | 0 | 0.00% |
| device NEAR ID | 6,192 | 1,609 | 1.24% |
| device NEAR identification | 537 | 78 | 0.06% |
| device NEAR identifier | 165 | 18 | 0.01% |
| Discretix | 6,345 | 1,462 | 1.13% |
| earn NEAR(2) out | 692 | 0 | 0.00% |
| Earnout | 538 | 0 | 0.00% |
| earn-out | 426 | 0 | 0.00% |
| Elazar | 6,933 | 865 | 0.67% |
| emerging NEAR market | 5,786 | 192 | 0.15% |
| FCP | 10,212 | 655 | 0.51% |
| Firmware | 196,980 | 77,185 | 59.61% |
| Flashcp | 2,905 | 81 | 0.06% |
| Gidi | 8,399 | 1,015 | 0.78% |
| Gidie | 46 | 5 | 0.00% |
| Gidon | 668 | 10 | 0.01% |
| gold | 10,776 | 440 | 0.34% |
| Harkabi | 15,287 | 608 | 0.47% |
| manufacturing NEAR flow | 2,142 | 69 | 0.05% |
| MDRM | 9,784 | 168 | 0.13% |
| SanGo | 4,849 | 104 | 0.08% |
| SCS | 19,848 | 1,075 | 0.83% |
| Secure NEAR content | 6,478 | 268 | 0.21% |
| SPA | 12,787 | 320 | 0.25% |
| U3 | 181,520 | 10,369 | 8.01% |
| USB | 247,271 | 15,367 | 11.87% |
| | | | |
| Total Keyword Occurrences | 876,861 | 129,488 | 100.00% |

| Avi Shmuel | Percent | Carlos Gonzales | Percent | Cathy Lego | Percent | Eli Harari |
|---|---|---|---|---|---|---|
| 367 | 1.24% | 1,982 | 2.84% | 1 | 0.17% | 519 |
| 2,160 | 7.30% | 2,512 | 3.60% | 19 | 3.14% | 1,519 |
| 38 | 0.13% | 6 | 0.01% | 0 | 0.00% | 0 |
| 409 | 1.38% | 881 | 1.26% | 9 | 1.49% | 185 |
| 402 | 1.36% | 4,063 | 5.82% | 41 | 6.78% | 3,046 |
| 1 | 0.00% | 1 | 0.00% | 0 | 0.00% | 12 |
| 573 | 1.94% | 1,055 | 1.51% | 0 | 0.00% | 32 |
| 23 | 0.08% | 64 | 0.09% | 0 | 0.00% | 25 |
| 12 | 0.04% | 23 | 0.03% | 0 | 0.00% | 3 |
| 381 | 1.29% | 277 | 0.40% | 0 | 0.00% | 168 |
| 0 | 0.00% | 6 | 0.01% | 16 | 2.64% | 58 |
| 0 | 0.00% | 14 | 0.02% | 7 | 1.16% | 32 |
| 0 | 0.00% | 3 | 0.00% | 10 | 1.65% | 41 |
| 927 | 3.13% | 377 | 0.54% | 7 | 1.16% | 480 |
| 142 | 0.48% | 639 | 0.92% | 28 | 4.63% | 864 |
| 732 | 2.47% | 734 | 1.05% | 11 | 1.82% | 1,067 |
| 6,991 | 23.62% | 16,062 | 23.00% | 51 | 8.43% | 3,692 |
| 594 | 2.01% | 920 | 1.32% | 0 | 0.00% | 60 |
| 1,229 | 4.15% | 478 | 0.68% | 2 | 0.33% | 428 |
| 14 | 0.05% | 4 | 0.01% | 0 | 0.00% | 0 |
| 11 | 0.04% | 6 | 0.01% | 6 | 0.99% | 113 |
| 117 | 0.40% | 588 | 0.84% | 12 | 1.98% | 914 |
| 551 | 1.86% | 1,285 | 1.84% | 20 | 3.31% | 1,469 |
| 133 | 0.45% | 388 | 0.56% | 0 | 0.00% | 35 |
| 186 | 0.63% | 198 | 0.28% | 29 | 4.79% | 340 |
| 662 | 2.24% | 84 | 0.12% | 0 | 0.00% | 19 |
| 1,927 | 6.51% | 1,336 | 1.91% | 20 | 3.31% | 1,721 |
| 888 | 3.00% | 244 | 0.35% | 17 | 2.81% | 504 |
| 94 | 0.32% | 1,621 | 2.32% | 9 | 1.49% | 1,262 |
| 3,999 | 13.51% | 17,416 | 24.94% | 176 | 29.09% | 18,300 |
| 6,035 | 20.39% | 16,569 | 23.73% | 114 | 18.84% | 21,069 |
| 29,598 | 100.00% | 69,836 | 100.00% | 605 | 100.00% | 57,977 |

| Percent | Gidon Elazar | Percent | Judy Bruner | Percent | Kevin Zhang | Percent |
|---|---|---|---|---|---|---|
| 0.90% | 0 | 0.00% | 1,334 | 1.35% | 5,497 | 4.34% |
| 2.62% | 0 | 0.00% | 1,876 | 1.90% | 2,223 | 1.75% |
| 0.00% | 0 | 0.00% | 21 | 0.02% | 117 | 0.09% |
| 0.32% | 0 | 0.00% | 532 | 0.54% | 329 | 0.26% |
| 5.25% | 0 | 0.00% | 7,409 | 7.51% | 13,367 | 10.55% |
| 0.02% | 0 | 0.00% | 4 | 0.00% | 3 | 0.00% |
| 0.06% | 0 | 0.00% | 21 | 0.02% | 762 | 0.60% |
| 0.04% | 0 | 0.00% | 34 | 0.03% | 43 | 0.03% |
| 0.01% | 0 | 0.00% | 0 | 0.00% | 12 | 0.01% |
| 0.29% | 0 | 0.00% | 444 | 0.45% | 276 | 0.22% |
| 0.10% | 0 | 0.00% | 250 | 0.25% | 0 | 0.00% |
| 0.06% | 0 | 0.00% | 215 | 0.22% | 0 | 0.00% |
| 0.07% | 0 | 0.00% | 156 | 0.16% | 0 | 0.00% |
| 0.83% | 5 | 27.78% | 836 | 0.85% | 214 | 0.17% |
| 1.49% | 0 | 0.00% | 1,295 | 1.31% | 0 | 0.00% |
| 1.84% | 0 | 0.00% | 1,261 | 1.28% | 1,500 | 1.18% |
| 6.37% | 0 | 0.00% | 6,563 | 6.66% | 17,181 | 13.56% |
| 0.10% | 0 | 0.00% | 95 | 0.10% | 169 | 0.13% |
| 0.74% | 3 | 16.67% | 712 | 0.72% | 551 | 0.43% |
| 0.00% | 0 | 0.00% | 2 | 0.00% | 3 | 0.00% |
| 0.19% | 4 | 22.22% | 209 | 0.21% | 0 | 0.00% |
| 1.58% | 0 | 0.00% | 969 | 0.98% | 687 | 0.54% |
| 2.53% | 4 | 22.22% | 4,118 | 4.18% | 66 | 0.05% |
| 0.06% | 0 | 0.00% | 96 | 0.10% | 616 | 0.49% |
| 0.59% | 0 | 0.00% | 2,824 | 2.86% | 3,310 | 2.61% |
| 0.03% | 0 | 0.00% | 60 | 0.06% | 1,626 | 1.28% |
| 2.97% | 2 | 11.11% | 4,938 | 5.01% | 1,041 | 0.82% |
| 0.87% | 0 | 0.00% | 757 | 0.77% | 251 | 0.20% |
| 2.18% | 0 | 0.00% | 3,227 | 3.27% | 307 | 0.24% |
| 31.56% | 0 | 0.00% | 29,577 | 30.00% | 23,268 | 18.37% |
| 36.34% | 0 | 0.00% | 28,770 | 29.18% | 53,275 | 42.05% |
| 100.00% | 18 | 100.00% | 98,605 | 100.00% | 126,694 | 100.00% |

| Megan Comport | Percent | Micky Holtzman | Percent | Mike Morganstern |
|---:|---:|---:|---:|---:|
| 38 | 0.28% | 423 | 1.99% | 3,713 |
| 347 | 2.52% | 2,153 | 10.11% | 822 |
| 5 | 0.04% | 3 | 0.01% | 0 |
| 70 | 0.51% | 110 | 0.52% | 618 |
| 914 | 6.64% | 456 | 2.14% | 8,914 |
| 1 | 0.01% | 4 | 0.02% | 2 |
| 9 | 0.07% | 471 | 2.21% | 23 |
| 2 | 0.01% | 97 | 0.46% | 4 |
| 0 | 0.00% | 62 | 0.29% | 1 |
| 40 | 0.29% | 689 | 3.23% | 3 |
| 268 | 1.95% | 1 | 0.00% | 0 |
| 158 | 1.15% | 5 | 0.02% | 0 |
| 151 | 1.10% | 1 | 0.00% | 0 |
| 298 | 2.16% | 578 | 2.71% | 102 |
| 189 | 1.37% | 230 | 1.08% | 97 |
| 198 | 1.44% | 228 | 1.07% | 471 |
| 657 | 4.77% | 3,781 | 17.75% | 10,056 |
| 21 | 0.15% | 53 | 0.25% | 578 |
| 312 | 2.27% | 675 | 3.17% | 105 |
| 4 | 0.03% | 5 | 0.02% | 0 |
| 110 | 0.80% | 16 | 0.08% | 2 |
| 284 | 2.06% | 409 | 1.92% | 2,798 |
| 627 | 4.55% | 563 | 2.64% | 523 |
| 35 | 0.25% | 207 | 0.97% | 24 |
| 1,118 | 8.12% | 73 | 0.34% | 26 |
| 29 | 0.21% | 71 | 0.33% | 1,731 |
| 473 | 3.43% | 682 | 3.20% | 409 |
| 391 | 2.84% | 769 | 3.61% | 39 |
| 633 | 4.60% | 145 | 0.68% | 1,164 |
| 3,630 | 26.36% | 3,751 | 17.61% | 15,969 |
| 2,761 | 20.05% | 4,595 | 21.57% | 23,084 |
| | | | | |
| 13,773 | 100.00% | 21,306 | 100.00% | 71,278 |

| Percent | Nelson Chan | Percent | Rich Chernicoff | Percent | Sanjay Mehrotra |
|---|---|---|---|---|---|
| 5.21% | 191 | 1.43% | 4 | 0.38% | 758 |
| 1.15% | 352 | 2.63% | 8 | 0.77% | 1,507 |
| 0.00% | 19 | 0.14% | 0 | 0.00% | 1 |
| 0.87% | 143 | 1.07% | 41 | 3.92% | 187 |
| 12.51% | 1,374 | 10.27% | 10 | 0.96% | 4,792 |
| 0.00% | 3 | 0.02% | 0 | 0.00% | 7 |
| 0.03% | 8 | 0.06% | 0 | 0.00% | 38 |
| 0.01% | 16 | 0.12% | 0 | 0.00% | 64 |
| 0.00% | 2 | 0.01% | 0 | 0.00% | 4 |
| 0.00% | 33 | 0.25% | 16 | 1.53% | 129 |
| 0.00% | 5 | 0.04% | 3 | 0.29% | 34 |
| 0.00% | 6 | 0.04% | 0 | 0.00% | 26 |
| 0.00% | 2 | 0.01% | 3 | 0.29% | 15 |
| 0.14% | 292 | 2.18% | 53 | 5.07% | 423 |
| 0.14% | 226 | 1.69% | 1 | 0.10% | 803 |
| 0.66% | 189 | 1.41% | 0 | 0.00% | 1,074 |
| 14.11% | 875 | 6.54% | 10 | 0.96% | 8,729 |
| 0.81% | 48 | 0.36% | 0 | 0.00% | 63 |
| 0.15% | 298 | 2.23% | 104 | 9.95% | 397 |
| 0.00% | 0 | 0.00% | 0 | 0.00% | 0 |
| 0.00% | 10 | 0.07% | 2 | 0.19% | 82 |
| 3.93% | 630 | 4.71% | 6 | 0.57% | 950 |
| 0.73% | 922 | 6.89% | 131 | 12.54% | 1,502 |
| 0.03% | 2 | 0.01% | 2 | 0.19% | 48 |
| 0.04% | 107 | 0.80% | 328 | 31.39% | 252 |
| 2.43% | 22 | 0.16% | 0 | 0.00% | 49 |
| 0.57% | 424 | 3.17% | 14 | 1.34% | 1,815 |
| 0.05% | 144 | 1.08% | 15 | 1.44% | 415 |
| 1.63% | 621 | 4.64% | 48 | 4.59% | 1,659 |
| 22.40% | 2,502 | 18.70% | 178 | 17.03% | 19,678 |
| 32.39% | 3,914 | 29.25% | 68 | 6.51% | 27,584 |
| | | | | | |
| 100.00% | 13,380 | 100.00% | 1,045 | 100.00% | 73,085 |

| Percent | Sean Chang | Percent | Vladimir Zininberg | Percent | Yoram Cedar |
|---|---|---|---|---|---|
| 1.04% | 1,467 | 2.96% | 960 | 2.17% | 1,184 |
| 2.06% | 5,841 | 11.77% | 4,891 | 11.04% | 1,827 |
| 0.00% | 11 | 0.02% | 14 | 0.03% | 10 |
| 0.26% | 99 | 0.20% | 165 | 0.37% | 214 |
| 6.56% | 414 | 0.83% | 909 | 2.05% | 4,877 |
| 0.01% | 0 | 0.00% | 0 | 0.00% | 12 |
| 0.05% | 395 | 0.80% | 1,040 | 2.35% | 156 |
| 0.09% | 14 | 0.03% | 28 | 0.06% | 45 |
| 0.01% | 6 | 0.01% | 10 | 0.02% | 12 |
| 0.18% | 1,305 | 2.63% | 696 | 1.57% | 426 |
| 0.05% | 1 | 0.00% | 2 | 0.00% | 48 |
| 0.04% | 11 | 0.02% | 18 | 0.04% | 46 |
| 0.02% | 1 | 0.00% | 2 | 0.00% | 41 |
| 0.58% | 405 | 0.82% | 359 | 0.81% | 712 |
| 1.10% | 77 | 0.16% | 351 | 0.79% | 652 |
| 1.47% | 868 | 1.75% | 471 | 1.06% | 753 |
| 11.94% | 22,501 | 45.33% | 10,581 | 23.87% | 12,065 |
| 0.09% | 47 | 0.09% | 78 | 0.18% | 98 |
| 0.54% | 534 | 1.08% | 776 | 1.75% | 780 |
| 0.00% | 5 | 0.01% | 2 | 0.00% | 2 |
| 0.11% | 2 | 0.00% | 0 | 0.00% | 85 |
| 1.30% | 259 | 0.52% | 815 | 1.84% | 898 |
| 2.06% | 294 | 0.59% | 36 | 0.08% | 2,568 |
| 0.07% | 17 | 0.03% | 381 | 0.86% | 89 |
| 0.34% | 158 | 0.32% | 183 | 0.41% | 484 |
| 0.07% | 56 | 0.11% | 258 | 0.58% | 78 |
| 2.48% | 372 | 0.75% | 1,065 | 2.40% | 2,534 |
| 0.57% | 52 | 0.10% | 928 | 2.09% | 796 |
| 2.27% | 149 | 0.30% | 255 | 0.58% | 1,273 |
| 26.92% | 6,233 | 12.56% | 6,129 | 13.83% | 20,345 |
| 37.74% | 8,049 | 16.21% | 12,919 | 29.15% | 23,098 |
| 100.00% | 49,643 | 100.00% | 44,322 | 100.00% | 76,208 |

**Percent**

1.55%
2.40%
0.01%
0.28%
6.40%
0.02%
0.20%
0.06%
0.02%
0.56%
0.06%
0.06%
0.05%
0.93%
0.86%
0.99%
15.83%
0.13%
1.02%
0.00%
0.11%
1.18%
3.37%
0.12%
0.64%
0.10%
3.33%
1.04%
1.67%
26.70%
30.31%

100.00%

**Harkabi v. SanDisk**
Search Criteria

| **Primary Custodians** | **Notes** |
|---|---|
| Rich Chernicoff | |
| Gidon Elazar | |
| Nelson Chan | |
| Megan Comport | |
| Cathy Lego | |
| Micky Holtzman | |
| Carlos Gonzalez | (Special Search Criteria) |
| Eli Harari | |
| Yoram Cedar | |
| Daniel Harkabi | (No Report - No email located) |
| Steve Nedeels | (No Report - No email located) |
| Tony Awal | (No Report - No email located) |
| Avi Shmuel | |

| **Secondary Custodians** | **Notes** |
|---|---|
| Judy Bruner | |
| Chih-Hsiung (Sean) Chang | |
| Sanjay Mehrotra | |
| Mike Morganstern | |
| Andy Tomlin | |
| Orna Zarfati | (No Report - No email located) |
| Kevin Zhang | |
| Vladimir Zininberg | |

| **Search Terms** | **Notes** |
|---|---|
| ADIR | (Use for All Custodians) |
| API | (Use for All Custodians) |
| book NEAR(2) locker | (Use for All Custodians) |
| BookLocker | (Use for All Custodians) |
| Cruzer | (Use for All Custodians) |
| Danh | (Use for All Custodians) |
| device NEAR(3) ID | (Use for All Custodians) |
| device NEAR(3) identifier | (Use for All Custodians) |
| device NEAR(3) identification | (Use for All Custodians) |
| Discretix | (Use for All Custodians) |
| earn NEAR(2) out | (Use for All Custodians) |
| Earnout | (Use for All Custodians) |
| earn-out | (Use for All Custodians) |
| Elazar | (Use for All Custodians) |
| emerging NEAR(3) market | (Use for All Custodians) |
| FCP | (Use for All Custodians) |
| Firmware | (Use for All Custodians) |

| | |
|---|---|
| Flashcp | (Use for All Custodians) |
| Gidi | (Use for All Custodians) |
| Gidie | (Use for All Custodians) |
| Gidon | (Use for All Custodians) |
| gold | (Use for All Custodians) |
| Harkabi | (Use for All Custodians) |
| manufacturing NEAR(3) flow | (Use for All Custodians) |
| MDRM | (Use for All Custodians) |
| SanGo | (Use for All Custodians) |
| SCS | (Use for All Custodians) |
| Secure NEAR(3) content | (Use for All Custodians) |
| SPA | (Use for All Custodians) |
| U3 | (Use for All Custodians) |
| USB | (Use for All Custodians) |
| USB AND KEY | (Use for All Custodians) |
| firmware AND cruzer | (Add for Carlos Gonzales Only) |
| firmware AND freedom | (Add for Carlos Gonzales Only) |
| firmware AND booklocker | (Add for Carlos Gonzales Only) |
| firmware AND U3 | (Add for Carlos Gonzales Only) |
| firmware AND SanGo | (Add for Carlos Gonzales Only) |

**Date Range**                                    **Notes**

1/1/2004 through 12/31/2008

**Harkabi v. SanDisk**
Andy Tomlin Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 546 | 1,063 | 0 | 0 | 1,609 |
| MDRM | 64 | 104 | 0 | 0 | 168 |
| Secure NEAR content | 204 | 64 | 0 | 0 | 268 |
| Elazar | 826 | 39 | 0 | 0 | 865 |
| Gidi | 935 | 80 | 0 | 0 | 1,015 |
| Gidie | 0 | 5 | 0 | 0 | 5 |
| SCS | 460 | 615 | 0 | 0 | 1,075 |
| SanGo | 51 | 53 | 0 | 0 | 104 |
| emerging NEAR market | 129 | 63 | 0 | 0 | 192 |
| FCP | 246 | 409 | 0 | 0 | 655 |
| API | 10,115 | 2,107 | 0 | 0 | 12,222 |
| Gidon | 6 | 4 | 0 | 0 | 10 |
| BookLocker | 50 | 28 | 0 | 0 | 78 |
| ADIR | 2,716 | 867 | 0 | 0 | 3,583 |
| Flashcp | 61 | 20 | 0 | 0 | 81 |
| USB | 10,231 | 5,136 | 0 | 0 | 15,367 |
| device NEAR identifier | 1 | 17 | 0 | 0 | 18 |
| manufacturing NEAR flow | 40 | 29 | 0 | 0 | 69 |
| book NEAR(2) locker | 10 | 12 | 0 | 0 | 22 |
| device NEAR identification | 1 | 77 | 0 | 0 | 78 |
| Cruzer | 894 | 726 | 0 | 0 | 1,620 |
| U3 | 3,438 | 6,931 | 0 | 0 | 10,369 |
| SPA | 28 | 292 | 0 | 0 | 320 |
| Discretix | 1,258 | 204 | 0 | 0 | 1,462 |
| Harkabi | 572 | 36 | 0 | 0 | 608 |
| Firmware | 70,663 | 6,522 | 0 | 0 | 77,185 |
| gold | 309 | 131 | 0 | 0 | 440 |

**Harkabi v. SanDisk**
Avi Shmuel Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 216 | 357 | 0 | 0 | 573 |
| Cruzer | 247 | 155 | 0 | 0 | 402 |
| Secure NEAR content | 500 | 388 | 0 | 0 | 888 |
| Elazar | 911 | 16 | 0 | 0 | 927 |
| Gidi | 1,157 | 72 | 0 | 0 | 1,229 |
| Gidie | 0 | 14 | 0 | 0 | 14 |
| SCS | 1,190 | 737 | 0 | 0 | 1,927 |
| SanGo | 609 | 53 | 0 | 0 | 662 |
| emerging NEAR market | 101 | 41 | 0 | 0 | 142 |
| FCP | 546 | 186 | 0 | 0 | 732 |
| API | 1,452 | 708 | 0 | 0 | 2,160 |
| Gidon | 11 | 0 | 0 | 0 | 11 |
| BookLocker | 330 | 79 | 0 | 0 | 409 |
| ADIR | 304 | 63 | 0 | 0 | 367 |
| Flashcp | 447 | 147 | 0 | 0 | 594 |
| USB | 3,178 | 2,857 | 0 | 0 | 6,035 |
| device NEAR identifier | 5 | 7 | 0 | 0 | 12 |
| manufacturing NEAR flow | 120 | 13 | 0 | 0 | 133 |
| book NEAR(2) locker | 6 | 32 | 0 | 0 | 38 |
| device NEAR identification | 10 | 13 | 0 | 0 | 23 |
| Danh | 0 | 1 | 0 | 0 | 1 |
| U3 | 1,456 | 2,543 | 0 | 0 | 3,999 |
| SPA | 2 | 92 | 0 | 0 | 94 |
| Discretix | 201 | 180 | 0 | 0 | 381 |
| Harkabi | 443 | 108 | 0 | 0 | 551 |
| Firmware | 3,912 | 3,079 | 0 | 0 | 6,991 |
| MDRM | 77 | 109 | 0 | 0 | 186 |
| gold | 99 | 18 | 0 | 0 | 117 |

**Harkabi v. SanDisk**
Carlos Gonzalez Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 190 | 865 | 0 | 0 | 1,055 |
| Cruzer | 1,623 | 2,440 | 0 | 0 | 4,063 |
| Secure NEAR content | 77 | 167 | 0 | 0 | 244 |
| earn-out | 0 | 3 | 0 | 0 | 3 |
| Gidi | 410 | 68 | 0 | 0 | 478 |
| Gidie | 0 | 4 | 0 | 0 | 4 |
| SCS | 100 | 1,236 | 0 | 0 | 1,336 |
| manufacturing NEAR flow | 272 | 116 | 0 | 0 | 388 |
| SanGo | 29 | 55 | 0 | 0 | 84 |
| device NEAR identifier | 12 | 11 | 0 | 0 | 23 |
| MDRM | 123 | 75 | 0 | 0 | 198 |
| API | 958 | 1,554 | 0 | 0 | 2,512 |
| Gidon | 3 | 3 | 0 | 0 | 6 |
| earn NEAR(2) out | 1 | 5 | 0 | 0 | 6 |
| BookLocker | 38 | 843 | 0 | 0 | 881 |
| ADIR | 634 | 1,348 | 0 | 0 | 1,982 |
| Flashcp | 85 | 835 | 0 | 0 | 920 |
| USB | 8,415 | 8,154 | 0 | 0 | 16,569 |
| FCP | 25 | 709 | 0 | 0 | 734 |
| Earnout | 11 | 3 | 0 | 0 | 14 |
| book NEAR(2) locker | 0 | 6 | 0 | 0 | 6 |
| device NEAR identification | 38 | 26 | 0 | 0 | 64 |
| Danh | 0 | 1 | 0 | 0 | 1 |
| U3 | 3,848 | 13,568 | 0 | 0 | 17,416 |
| SPA | 21 | 1,600 | 0 | 0 | 1,621 |
| Discretix | 140 | 137 | 0 | 0 | 277 |
| Harkabi | 1,228 | 57 | 0 | 0 | 1,285 |
| emerging NEAR market | 43 | 596 | 0 | 0 | 639 |
| Firmware | 11,745 | 4,317 | 0 | 0 | 16,062 |
| Elazar | 335 | 42 | 0 | 0 | 377 |
| gold | 339 | 249 | 0 | 0 | 588 |

**Harkabi v. SanDisk**
Cathy Lego Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| SCS | 1 | 19 | 0 | 0 | 20 |
| Secure NEAR content | 0 | 17 | 0 | 0 | 17 |
| earn-out | 1 | 9 | 0 | 0 | 10 |
| Gidi | 1 | 1 | 0 | 0 | 2 |
| emerging NEAR market | 0 | 28 | 0 | 0 | 28 |
| MDRM | 7 | 22 | 0 | 0 | 29 |
| API | 0 | 19 | 0 | 0 | 19 |
| earn NEAR(2) out | 1 | 15 | 0 | 0 | 16 |
| BookLocker | 6 | 3 | 0 | 0 | 9 |
| ADIR | 0 | 1 | 0 | 0 | 1 |
| Gidon | 0 | 6 | 0 | 0 | 6 |
| USB | 16 | 98 | 0 | 0 | 114 |
| FCP | 0 | 11 | 0 | 0 | 11 |
| Earnout | 6 | 1 | 0 | 0 | 7 |
| gold | 3 | 9 | 0 | 0 | 12 |
| Cruzer | 0 | 41 | 0 | 0 | 41 |
| U3 | 5 | 171 | 0 | 0 | 176 |
| Harkabi | 5 | 15 | 0 | 0 | 20 |
| Firmware | 1 | 50 | 0 | 0 | 51 |
| Elazar | 1 | 6 | 0 | 0 | 7 |
| SPA | 0 | 9 | 0 | 0 | 9 |

**Harkabi v. SanDisk**
Eli Harari Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 6 | 26 | 0 | 0 | 32 |
| Cruzer | 1,122 | 1,924 | 0 | 0 | 3,046 |
| Secure NEAR content | 137 | 367 | 0 | 0 | 504 |
| earn-out | 17 | 24 | 0 | 0 | 41 |
| Gidi | 384 | 44 | 0 | 0 | 428 |
| SCS | 103 | 1,618 | 0 | 0 | 1,721 |
| manufacturing NEAR flow | 6 | 29 | 0 | 0 | 35 |
| SanGo | 13 | 6 | 0 | 0 | 19 |
| device NEAR identifier | 2 | 1 | 0 | 0 | 3 |
| MDRM | 153 | 187 | 0 | 0 | 340 |
| API | 42 | 1,477 | 0 | 0 | 1,519 |
| Gidon | 6 | 107 | 0 | 0 | 113 |
| earn NEAR(2) out | 31 | 27 | 0 | 0 | 58 |
| BookLocker | 80 | 105 | 0 | 0 | 185 |
| ADIR | 194 | 325 | 0 | 0 | 519 |
| Flashcp | 46 | 14 | 0 | 0 | 60 |
| USB | 7,309 | 13,760 | 0 | 0 | 21,069 |
| FCP | 0 | 1,067 | 0 | 0 | 1,067 |
| Earnout | 23 | 9 | 0 | 0 | 32 |
| device NEAR identification | 3 | 22 | 0 | 0 | 25 |
| Danh | 0 | 12 | 0 | 0 | 12 |
| U3 | 902 | 17,398 | 0 | 0 | 18,300 |
| SPA | 55 | 1,207 | 0 | 0 | 1,262 |
| Discretix | 94 | 74 | 0 | 0 | 168 |
| Harkabi | 1,201 | 268 | 0 | 0 | 1,469 |
| emerging NEAR market | 87 | 777 | 0 | 0 | 864 |
| Firmware | 873 | 2,819 | 0 | 0 | 3,692 |
| Elazar | 358 | 122 | 0 | 0 | 480 |
| gold | 467 | 447 | 0 | 0 | 914 |

**Harkabi v. SanDisk**
Gidon Elazar Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---------|---------|------------|-------|-----------|-------|
| Elazar  | 5 | 0 | 0 | 0 | 5 |
| SCS     | 2 | 0 | 0 | 0 | 2 |
| Gidi    | 3 | 0 | 0 | 0 | 3 |
| Gidon   | 4 | 0 | 0 | 0 | 4 |
| Harkabi | 4 | 0 | 0 | 0 | 4 |

**Harkabi v. SanDisk**
Judy Bruner Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 7 | 14 | 0 | 0 | 21 |
| Cruzer | 2,064 | 5,345 | 0 | 0 | 7,409 |
| Secure NEAR content | 158 | 599 | 0 | 0 | 757 |
| earn-out | 82 | 74 | 0 | 0 | 156 |
| Gidi | 613 | 99 | 0 | 0 | 712 |
| Gidie | 0 | 2 | 0 | 0 | 2 |
| SCS | 329 | 4,609 | 0 | 0 | 4,938 |
| manufacturing NEAR flow | 45 | 51 | 0 | 0 | 96 |
| SanGo | 24 | 36 | 0 | 0 | 60 |
| emerging NEAR market | 160 | 1,135 | 0 | 0 | 1,295 |
| MDRM | 894 | 1,930 | 0 | 0 | 2,824 |
| API | 30 | 1,846 | 0 | 0 | 1,876 |
| Gidon | 19 | 190 | 0 | 0 | 209 |
| earn NEAR(2) out | 106 | 144 | 0 | 0 | 250 |
| BookLocker | 242 | 290 | 0 | 0 | 532 |
| ADIR | 205 | 1,129 | 0 | 0 | 1,334 |
| Flashcp | 54 | 41 | 0 | 0 | 95 |
| USB | 9,780 | 18,990 | 0 | 0 | 28,770 |
| FCP | 0 | 1,261 | 0 | 0 | 1,261 |
| Earnout | 118 | 97 | 0 | 0 | 215 |
| book NEAR(2) locker | 11 | 10 | 0 | 0 | 21 |
| device NEAR identification | 8 | 26 | 0 | 0 | 34 |
| Danh | 0 | 4 | 0 | 0 | 4 |
| U3 | 2,051 | 27,526 | 0 | 0 | 29,577 |
| SPA | 507 | 2,720 | 0 | 0 | 3,227 |
| Discretix | 142 | 302 | 0 | 0 | 444 |
| Harkabi | 1,957 | 2,161 | 0 | 0 | 4,118 |
| Firmware | 605 | 5,958 | 0 | 0 | 6,563 |
| Elazar | 579 | 257 | 0 | 0 | 836 |
| gold | 441 | 528 | 0 | 0 | 969 |

**Harkabi v. SanDisk**
Kevin Zhang Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 343 | 419 | 0 | 0 | 762 |
| Cruzer | 8,038 | 5,329 | 0 | 0 | 13,367 |
| Secure NEAR content | 38 | 213 | 0 | 0 | 251 |
| Elazar | 209 | 5 | 0 | 0 | 214 |
| Gidi | 424 | 127 | 0 | 0 | 551 |
| Gidie | 0 | 3 | 0 | 0 | 3 |
| SCS | 680 | 361 | 0 | 0 | 1,041 |
| SanGo | 1,123 | 503 | 0 | 0 | 1,626 |
| device NEAR identifier | 0 | 12 | 0 | 0 | 12 |
| MDRM | 1,228 | 2,082 | 0 | 0 | 3,310 |
| API | 669 | 1,554 | 0 | 0 | 2,223 |
| manufacturing NEAR flow | 476 | 140 | 0 | 0 | 616 |
| BookLocker | 230 | 99 | 0 | 0 | 329 |
| ADIR | 3,594 | 1,903 | 0 | 0 | 5,497 |
| Flashcp | 55 | 114 | 0 | 0 | 169 |
| USB | 40,263 | 13,012 | 0 | 0 | 53,275 |
| FCP | 963 | 537 | 0 | 0 | 1,500 |
| book NEAR(2) locker | 25 | 92 | 0 | 0 | 117 |
| device NEAR identification | 0 | 43 | 0 | 0 | 43 |
| Danh | 0 | 3 | 0 | 0 | 3 |
| U3 | 12,659 | 10,609 | 0 | 0 | 23,268 |
| SPA | 82 | 225 | 0 | 0 | 307 |
| Discretix | 11 | 265 | 0 | 0 | 276 |
| Harkabi | 66 | 0 | 0 | 0 | 66 |
| Firmware | 12,071 | 5,110 | 0 | 0 | 17,181 |
| gold | 505 | 182 | 0 | 0 | 687 |

**Harkabi v. SanDisk**
Megan Comport Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 0 | 9 | 0 | 0 | 9 |
| Cruzer | 258 | 656 | 0 | 0 | 914 |
| Secure NEAR content | 118 | 273 | 0 | 0 | 391 |
| earn-out | 77 | 74 | 0 | 0 | 151 |
| Gidi | 212 | 100 | 0 | 0 | 312 |
| Gidie | 0 | 4 | 0 | 0 | 4 |
| SCS | 121 | 352 | 0 | 0 | 473 |
| manufacturing NEAR flow | 18 | 17 | 0 | 0 | 35 |
| SanGo | 2 | 27 | 0 | 0 | 29 |
| emerging NEAR market | 8 | 181 | 0 | 0 | 189 |
| MDRM | 554 | 564 | 0 | 0 | 1,118 |
| API | 2 | 345 | 0 | 0 | 347 |
| Gidon | 14 | 96 | 0 | 0 | 110 |
| earn NEAR(2) out | 91 | 177 | 0 | 0 | 268 |
| BookLocker | 30 | 40 | 0 | 0 | 70 |
| ADIR | 3 | 35 | 0 | 0 | 38 |
| Flashcp | 0 | 21 | 0 | 0 | 21 |
| USB | 764 | 1,997 | 0 | 0 | 2,761 |
| FCP | 0 | 198 | 0 | 0 | 198 |
| Earnout | 142 | 16 | 0 | 0 | 158 |
| book NEAR(2) locker | 0 | 5 | 0 | 0 | 5 |
| device NEAR identification | 0 | 2 | 0 | 0 | 2 |
| Danh | 0 | 1 | 0 | 0 | 1 |
| U3 | 327 | 3,303 | 0 | 0 | 3,630 |
| SPA | 202 | 431 | 0 | 0 | 633 |
| Discretix | 3 | 37 | 0 | 0 | 40 |
| Harkabi | 276 | 351 | 0 | 0 | 627 |
| Firmware | 82 | 575 | 0 | 0 | 657 |
| Elazar | 175 | 123 | 0 | 0 | 298 |
| gold | 229 | 55 | 0 | 0 | 284 |

**Harkabi v. SanDisk**
Micky Holtzman Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 120 | 351 | 0 | 0 | 471 |
| Cruzer | 234 | 222 | 0 | 0 | 456 |
| Secure NEAR content | 360 | 409 | 0 | 0 | 769 |
| earn-out | 0 | 1 | 0 | 0 | 1 |
| Gidi | 611 | 64 | 0 | 0 | 675 |
| Gidie | 0 | 5 | 0 | 0 | 5 |
| SCS | 243 | 439 | 0 | 0 | 682 |
| manufacturing NEAR flow | 170 | 37 | 0 | 0 | 207 |
| SanGo | 27 | 44 | 0 | 0 | 71 |
| device NEAR identifier | 25 | 37 | 0 | 0 | 62 |
| MDRM | 29 | 44 | 0 | 0 | 73 |
| API | 1,262 | 891 | 0 | 0 | 2,153 |
| Gidon | 1 | 15 | 0 | 0 | 16 |
| earn NEAR(2) out | 0 | 1 | 0 | 0 | 1 |
| BookLocker | 82 | 28 | 0 | 0 | 110 |
| ADIR | 259 | 164 | 0 | 0 | 423 |
| Flashcp | 30 | 23 | 0 | 0 | 53 |
| USB | 2,866 | 1,729 | 0 | 0 | 4,595 |
| FCP | 73 | 155 | 0 | 0 | 228 |
| Earnout | 4 | 1 | 0 | 0 | 5 |
| book NEAR(2) locker | 0 | 3 | 0 | 0 | 3 |
| device NEAR identification | 45 | 52 | 0 | 0 | 97 |
| Danh | 0 | 4 | 0 | 0 | 4 |
| U3 | 1,224 | 2,527 | 0 | 0 | 3,751 |
| SPA | 10 | 135 | 0 | 0 | 145 |
| Discretix | 396 | 293 | 0 | 0 | 689 |
| Harkabi | 511 | 52 | 0 | 0 | 563 |
| emerging NEAR market | 141 | 89 | 0 | 0 | 230 |
| Firmware | 2,508 | 1,273 | 0 | 0 | 3,781 |
| Elazar | 522 | 56 | 0 | 0 | 578 |
| gold | 352 | 57 | 0 | 0 | 409 |

**Harkabi v. SanDisk**
Mike Morganstern Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 6 | 17 | 0 | 0 | 23 |
| Cruzer | 1,839 | 7,075 | 0 | 0 | 8,914 |
| Secure NEAR content | 15 | 24 | 0 | 0 | 39 |
| Elazar | 96 | 6 | 0 | 0 | 102 |
| Gidi | 98 | 7 | 0 | 0 | 105 |
| SCS | 13 | 396 | 0 | 0 | 409 |
| SanGo | 20 | 1,711 | 0 | 0 | 1,731 |
| emerging NEAR market | 14 | 83 | 0 | 0 | 97 |
| FCP | 8 | 463 | 0 | 0 | 471 |
| API | 10 | 812 | 0 | 0 | 822 |
| Gidon | 0 | 2 | 0 | 0 | 2 |
| BookLocker | 11 | 607 | 0 | 0 | 618 |
| ADIR | 137 | 3,576 | 0 | 0 | 3,713 |
| Flashcp | 9 | 569 | 0 | 0 | 578 |
| USB | 9,588 | 13,496 | 0 | 0 | 23,084 |
| device NEAR identifier | 0 | 1 | 0 | 0 | 1 |
| manufacturing NEAR flow | 15 | 9 | 0 | 0 | 24 |
| device NEAR identification | 0 | 4 | 0 | 0 | 4 |
| Danh | 0 | 2 | 0 | 0 | 2 |
| U3 | 708 | 15,261 | 0 | 0 | 15,969 |
| SPA | 24 | 1,140 | 0 | 0 | 1,164 |
| Discretix | 0 | 3 | 0 | 0 | 3 |
| Harkabi | 508 | 15 | 0 | 0 | 523 |
| Firmware | 3,476 | 6,580 | 0 | 0 | 10,056 |
| MDRM | 6 | 20 | 0 | 0 | 26 |
| gold | 255 | 2,543 | 0 | 0 | 2,798 |

**Harkabi v. SanDisk**
Nelson Chan Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 7 | 1 | 0 | 0 | 8 |
| Cruzer | 692 | 682 | 0 | 0 | 1,374 |
| Secure NEAR content | 75 | 69 | 0 | 0 | 144 |
| earn-out | 2 | 0 | 0 | 0 | 2 |
| Gidi | 284 | 14 | 0 | 0 | 298 |
| SCS | 50 | 374 | 0 | 0 | 424 |
| manufacturing NEAR flow | 1 | 1 | 0 | 0 | 2 |
| SanGo | 10 | 12 | 0 | 0 | 22 |
| device NEAR identifier | 2 | 0 | 0 | 0 | 2 |
| MDRM | 19 | 88 | 0 | 0 | 107 |
| API | 170 | 182 | 0 | 0 | 352 |
| Gidon | 0 | 10 | 0 | 0 | 10 |
| earn NEAR(2) out | 5 | 0 | 0 | 0 | 5 |
| BookLocker | 45 | 98 | 0 | 0 | 143 |
| ADIR | 60 | 131 | 0 | 0 | 191 |
| Flashcp | 36 | 12 | 0 | 0 | 48 |
| USB | 1,827 | 2,087 | 0 | 0 | 3,914 |
| FCP | 3 | 186 | 0 | 0 | 189 |
| Earnout | 0 | 6 | 0 | 0 | 6 |
| book NEAR(2) locker | 18 | 1 | 0 | 0 | 19 |
| device NEAR identification | 14 | 2 | 0 | 0 | 16 |
| Danh | 0 | 3 | 0 | 0 | 3 |
| U3 | 285 | 2,217 | 0 | 0 | 2,502 |
| SPA | 318 | 303 | 0 | 0 | 621 |
| Discretix | 12 | 21 | 0 | 0 | 33 |
| Harkabi | 783 | 139 | 0 | 0 | 922 |
| emerging NEAR market | 140 | 86 | 0 | 0 | 226 |
| Firmware | 424 | 451 | 0 | 0 | 875 |
| Elazar | 280 | 12 | 0 | 0 | 292 |
| gold | 578 | 52 | 0 | 0 | 630 |

**Harkabi v. SanDisk**
Rich Chernicoff

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| SCS | 13 | 1 | 0 | 0 | 14 |
| Secure NEAR content | 15 | 0 | 0 | 0 | 15 |
| earn-out | 3 | 0 | 0 | 0 | 3 |
| Gidi | 104 | 0 | 0 | 0 | 104 |
| emerging NEAR market | 1 | 0 | 0 | 0 | 1 |
| API | 5 | 3 | 0 | 0 | 8 |
| manufacturing NEAR flow | 2 | 0 | 0 | 0 | 2 |
| earn NEAR(2) out | 3 | 0 | 0 | 0 | 3 |
| MDRM | 328 | 0 | 0 | 0 | 328 |
| ADIR | 2 | 2 | 0 | 0 | 4 |
| Gidon | 2 | 0 | 0 | 0 | 2 |
| USB | 63 | 5 | 0 | 0 | 68 |
| BookLocker | 41 | 0 | 0 | 0 | 41 |
| gold | 6 | 0 | 0 | 0 | 6 |
| Cruzer | 10 | 0 | 0 | 0 | 10 |
| U3 | 151 | 27 | 0 | 0 | 178 |
| Discretix | 16 | 0 | 0 | 0 | 16 |
| Harkabi | 131 | 0 | 0 | 0 | 131 |
| Firmware | 9 | 1 | 0 | 0 | 10 |
| Elazar | 53 | 0 | 0 | 0 | 53 |
| SPA | 46 | 2 | 0 | 0 | 48 |

**Harkabi v. SanDisk**
Sanjay Mehrotra Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 10 | 28 | 0 | 0 | 38 |
| Cruzer | 1,787 | 3,005 | 0 | 0 | 4,792 |
| Secure NEAR content | 118 | 297 | 0 | 0 | 415 |
| earn-out | 12 | 3 | 0 | 0 | 15 |
| Gidi | 361 | 36 | 0 | 0 | 397 |
| SCS | 109 | 1,706 | 0 | 0 | 1,815 |
| manufacturing NEAR flow | 9 | 39 | 0 | 0 | 48 |
| SanGo | 25 | 24 | 0 | 0 | 49 |
| device NEAR identifier | 2 | 2 | 0 | 0 | 4 |
| MDRM | 92 | 160 | 0 | 0 | 252 |
| API | 41 | 1,466 | 0 | 0 | 1,507 |
| Gidon | 5 | 77 | 0 | 0 | 82 |
| earn NEAR(2) out | 26 | 8 | 0 | 0 | 34 |
| BookLocker | 67 | 120 | 0 | 0 | 187 |
| ADIR | 201 | 557 | 0 | 0 | 758 |
| Flashcp | 42 | 21 | 0 | 0 | 63 |
| USB | 12,015 | 15,569 | 0 | 0 | 27,584 |
| FCP | 1 | 1,073 | 0 | 0 | 1,074 |
| Earnout | 19 | 7 | 0 | 0 | 26 |
| book NEAR(2) locker | 0 | 1 | 0 | 0 | 1 |
| device NEAR identification | 3 | 61 | 0 | 0 | 64 |
| Danh | 0 | 7 | 0 | 0 | 7 |
| U3 | 816 | 18,862 | 0 | 0 | 19,678 |
| SPA | 86 | 1,573 | 0 | 0 | 1,659 |
| Discretix | 68 | 61 | 0 | 0 | 129 |
| Harkabi | 1,234 | 268 | 0 | 0 | 1,502 |
| emerging NEAR market | 99 | 704 | 0 | 0 | 803 |
| Firmware | 3,424 | 5,305 | 0 | 0 | 8,729 |
| Elazar | 335 | 88 | 0 | 0 | 423 |
| gold | 466 | 484 | 0 | 0 | 950 |

**Harkabi v. SanDisk**
Sean Chang Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 151 | 244 | 0 | 0 | 395 |
| SCS | 155 | 217 | 0 | 0 | 372 |
| Secure NEAR content | 37 | 15 | 0 | 0 | 52 |
| earn-out | 0 | 1 | 0 | 0 | 1 |
| Gidi | 478 | 56 | 0 | 0 | 534 |
| Gidie | 0 | 5 | 0 | 0 | 5 |
| manufacturing NEAR flow | 6 | 11 | 0 | 0 | 17 |
| SanGo | 43 | 13 | 0 | 0 | 56 |
| device NEAR identifier | 3 | 3 | 0 | 0 | 6 |
| MDRM | 39 | 119 | 0 | 0 | 158 |
| API | 4,567 | 1,274 | 0 | 0 | 5,841 |
| Gidon | 2 | 0 | 0 | 0 | 2 |
| earn NEAR(2) out | 0 | 1 | 0 | 0 | 1 |
| BookLocker | 71 | 28 | 0 | 0 | 99 |
| ADIR | 1,231 | 236 | 0 | 0 | 1,467 |
| Flashcp | 33 | 14 | 0 | 0 | 47 |
| USB | 6,174 | 1,875 | 0 | 0 | 8,049 |
| FCP | 343 | 525 | 0 | 0 | 868 |
| Earnout | 10 | 1 | 0 | 0 | 11 |
| book NEAR(2) locker | 2 | 9 | 0 | 0 | 11 |
| device NEAR identification | 0 | 14 | 0 | 0 | 14 |
| Cruzer | 202 | 212 | 0 | 0 | 414 |
| U3 | 3,291 | 2,942 | 0 | 0 | 6,233 |
| SPA | 44 | 105 | 0 | 0 | 149 |
| Discretix | 1,214 | 91 | 0 | 0 | 1,305 |
| Harkabi | 291 | 3 | 0 | 0 | 294 |
| emerging NEAR market | 43 | 34 | 0 | 0 | 77 |
| Firmware | 19,687 | 2,814 | 0 | 0 | 22,501 |
| Elazar | 394 | 11 | 0 | 0 | 405 |
| gold | 231 | 28 | 0 | 0 | 259 |

**Harkabi v. SanDisk**

Vladimir Zininberg Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 256 | 784 | 0 | 0 | 1,040 |
| SCS | 472 | 593 | 0 | 0 | 1,065 |
| Secure NEAR content | 139 | 789 | 0 | 0 | 928 |
| earn-out | 0 | 2 | 0 | 0 | 2 |
| Gidi | 488 | 288 | 0 | 0 | 776 |
| Gidie | 0 | 2 | 0 | 0 | 2 |
| SanGo | 230 | 28 | 0 | 0 | 258 |
| device NEAR identifier | 4 | 6 | 0 | 0 | 10 |
| MDRM | 127 | 56 | 0 | 0 | 183 |
| API | 2,056 | 2,835 | 0 | 0 | 4,891 |
| manufacturing NEAR flow | 285 | 96 | 0 | 0 | 381 |
| earn NEAR(2) out | 0 | 2 | 0 | 0 | 2 |
| BookLocker | 123 | 42 | 0 | 0 | 165 |
| ADIR | 378 | 582 | 0 | 0 | 960 |
| Flashcp | 26 | 52 | 0 | 0 | 78 |
| USB | 7,741 | 5,178 | 0 | 0 | 12,919 |
| FCP | 96 | 375 | 0 | 0 | 471 |
| Earnout | 16 | 2 | 0 | 0 | 18 |
| book NEAR(2) locker | 10 | 4 | 0 | 0 | 14 |
| device NEAR identification | 6 | 22 | 0 | 0 | 28 |
| Cruzer | 386 | 523 | 0 | 0 | 909 |
| U3 | 1,696 | 4,433 | 0 | 0 | 6,129 |
| SPA | 51 | 204 | 0 | 0 | 255 |
| Discretix | 58 | 638 | 0 | 0 | 696 |
| Harkabi | 28 | 8 | 0 | 0 | 36 |
| emerging NEAR market | 231 | 120 | 0 | 0 | 351 |
| Firmware | 5,935 | 4,646 | 0 | 0 | 10,581 |
| Elazar | 335 | 24 | 0 | 0 | 359 |
| gold | 684 | 131 | 0 | 0 | 815 |

**Harkabi v. SanDisk**
Yoram Cedar Search Results

| Keyword | Message | Attachment | Files | Directory | Total |
|---|---|---|---|---|---|
| device NEAR ID | 13 | 143 | 0 | 0 | 156 |
| Cruzer | 1,040 | 3,837 | 0 | 0 | 4,877 |
| Secure NEAR content | 278 | 518 | 0 | 0 | 796 |
| earn-out | 27 | 14 | 0 | 0 | 41 |
| Gidi | 653 | 127 | 0 | 0 | 780 |
| Gidie | 0 | 2 | 0 | 0 | 2 |
| SCS | 284 | 2,250 | 0 | 0 | 2,534 |
| manufacturing NEAR flow | 61 | 28 | 0 | 0 | 89 |
| SanGo | 33 | 45 | 0 | 0 | 78 |
| device NEAR identifier | 2 | 10 | 0 | 0 | 12 |
| MDRM | 303 | 181 | 0 | 0 | 484 |
| API | 332 | 1,495 | 0 | 0 | 1,827 |
| Gidon | 5 | 80 | 0 | 0 | 85 |
| earn NEAR(2) out | 34 | 14 | 0 | 0 | 48 |
| BookLocker | 118 | 96 | 0 | 0 | 214 |
| ADIR | 268 | 916 | 0 | 0 | 1,184 |
| Flashcp | 60 | 38 | 0 | 0 | 98 |
| USB | 8,492 | 14,606 | 0 | 0 | 23,098 |
| FCP | 2 | 751 | 0 | 0 | 753 |
| Earnout | 36 | 10 | 0 | 0 | 46 |
| book NEAR(2) locker | 6 | 4 | 0 | 0 | 10 |
| device NEAR identification | 8 | 37 | 0 | 0 | 45 |
| Danh | 0 | 12 | 0 | 0 | 12 |
| U3 | 1,216 | 19,129 | 0 | 0 | 20,345 |
| SPA | 52 | 1,221 | 0 | 0 | 1,273 |
| Discretix | 321 | 105 | 0 | 0 | 426 |
| Harkabi | 1,543 | 1,025 | 0 | 0 | 2,568 |
| emerging NEAR market | 142 | 510 | 0 | 0 | 652 |
| Firmware | 5,582 | 6,483 | 0 | 0 | 12,065 |
| Elazar | 579 | 133 | 0 | 0 | 712 |
| gold | 396 | 502 | 0 | 0 | 898 |

# EXHIBIT 3

## Daniel V. Shapiro

| | |
|---|---|
| **From:** | Frank, Lauren [lfrank@omm.com] |
| **Sent:** | Tuesday, April 14, 2009 7:07 PM |
| **To:** | Daniel V. Shapiro |
| **Cc:** | James Mitchell; Bachman, Charles E. |
| **Subject:** | RE: Harkabi v. SanDisk Keyword Search Report |

Hi Daniel,

1) I have been told that SanDisk did not have an archiving system before 2007. Employees had been instructed to save their documents into local hard drives but if they did not do that, then the documents may be lost. In addition, when an employee leaves the company, he typically returns his computer/lap top and the device gets recycled 30 days later. The information on the device is supposed to be transmitted before it is emptied but it is possible this did not occur with the 4 custodians you've identified, which includes Mr. Harkabi.

2) I confirmed that the vendor ran the search terms for the custodians in the body of the text, so if Mr. Elazar signed his name (either first or last) then it would return a hit. Unfortunately, as stated above, the larger issue seems to be that if the communications came before 2007, then it is very possible that the messages were never archived into the system.

3) Search terms have only been applied to e-mail at this point, so files and directories have not yet been searched. It is also worth noting that the number of documents to review will increase when those searches are completed.  My apologies for the confusion.


Thanks,
Lauren

-----Original Message-----
From: Daniel V. Shapiro [mailto:dshapiro@stillmanfriedman.com]
Sent: Tuesday, April 14, 2009 3:39 PM
To: Frank, Lauren
Cc: James Mitchell; Bachman, Charles E.
Subject: RE: Harkabi v. SanDisk Keyword Search Report

Lauren,

We have reviewed the spreadsheet and, if we are reading it correctly, have a couple of initial questions.

1) Can you explain why the report says that there was "no email located" for Dan Harkabi, Steve Nedeels, Tony Awal, and Orna Zarfati?

2) The search of Gidi Elazar's email appears to have returned only 5 hits for the term "Elazar" and only 18 hits for all of the search terms combined. Keeping in mind that the term "Elazar" would be in every email that he sent, this seems to suggest that the universe of his email that

was searched was only 5 messages. Can you explain why this is so?

3) We see that there are 0 hits for files and 0 hits for directories. This does not seem possible. Can you explain why the search terms returned 0 hits in the electronic files of these custodians (other than their email)? Did you in fact search the electronic files of these custodians?

Please let us know if we are reading the spreadsheet incorrectly.

Daniel V. Shapiro
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue, New York, NY 10022
(212) 223-0200 | www.stillmanfriedman.com

-----Original Message-----
From: Frank, Lauren [mailto:lfrank@omm.com]
Sent: Monday, April 13, 2009 4:07 PM
To: Daniel V. Shapiro
Cc: James Mitchell; Bachman, Charles E.
Subject: FW: Harkabi v. SanDisk Keyword Search Report

Daniel,

Please see the attached report prepared by an outside vendor. It includes both a summary report and reports by custodian.

Please let me know if you have any questions.

Thanks,
Lauren

*********************************************************

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an
intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have
received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain,
copy or use this e-mail or any attachment for any purpose, nor disclose all
or any part of the contents to any other person.

To ensure compliance with Treasury Department regulations, we inform you

that, unless otherwise indicated in writing, any federal tax advice contained in this communication  (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of

(1) avoiding penalties under the Internal Revenue Code or applicable state
and local provisions or (2) promoting, marketing or recommending to another
party any tax-related matters addressed herein.  Thank you.