# Stillman

# Exhibit 8

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | **Times Square Tower** | SAN FRANCISCO |
| BRUSSELS | **7 Times Square** | SHANGHAI |
| CENTURY CITY | **New York, New York 10036** | SILICON VALLEY |
| HONG KONG | | SINGAPORE |
| LONDON | TELEPHONE (212) 326-2000 | TOKYO |
| LOS ANGELES | FACSIMILE (212) 326-2061 | WASHINGTON, D.C. |
| NEWPORT BEACH | **www.omm.com** | |

OUR FILE NUMBER
0749,018-048

May 8, 2009

WRITER'S DIRECT DIAL
(212) 408-2421

**VIA FEDERAL EXPRESS & E-MAIL**

WRITER'S E-MAIL ADDRESS
cbachman@omm.com

Charles A. Stillman, Esq.
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022

Re: *Harkabi v. SanDisk, 08-CV-8203 (WHP)(THK)*

Dear Charlie:

During our May 5, 2009 conference call, you agreed to adjourn indefinitely the Rule 30(b)(6) deposition if we could provide you with (1) an affidavit that the litigation-hold demand letter issued by Quinn Emmanuel, dated March 7, 2007, to SanDisk was complied with; and (2) a copy of SanDisk's document retention policy. Enclosed is the declaration of Julie Liedtke, dated May 7, 2009, and exhibits attached thereto (one of which is SanDisk's document retention policy). We believe that this enclosure satisfies your request, and will consider the Rule 30(b)(6) deposition adjourned.

I thank you for your cooperation on this issue, and I look forward to working towards a mutually agreeable discovery plan.

Sincerely,

Charles E. Bachman
of O'MELVENY & MYERS LLP

Enclosure