# Stillman
# Exhibit 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DAN HARKABI,<br>GIDON ELAZAR,<br><br>Plaintiff,<br><br>vs.<br><br>SANDISK CORPORATION,<br><br>Defendant. | 08 Civ. 8203 (WHP) (THK)<br><br>ECF Case<br><br>**DECLARATION OF JULIE LIEDTKE** |

I, Julie Liedtke, hereby declare as follows:

1.      I submit this declaration in response to plaintiffs' inquiry regarding SanDisk Corporation's ("SanDisk") document preservation as related to this litigation as well as the SanDisk's general document retention policy. All of the facts in this declaration are known to me personally, and if called as a witness, I could and would testify competently to them.

2.      My business address is 601 McCarthy Boulevard, Milpitas, California, 95035, SanDisk's corporate offices.

**Job Responsibilities**

3.      My current title at SanDisk is Director, Employment Counsel. I have held this position since joining SanDisk in February 2008.

4.      As Director, Employment Counsel, I am responsible for overseeing employment-related litigation, including litigation-specific document retention. In this capacity, I work with SanDisk employees, temporary employees, and contractors to ensure that documents relevant to ongoing litigation are preserved as necessary to meet SanDisk's evidence preservation obligations.

**SanDisk's General Document Preservation Policy**

5.     SanDisk has a Document Preservation Policy that is in place regardless of any specific litigation.  A true and accurate copy of the current policy is attached as Exhibit 1.  This policy, which has been in place since April 26, 2007, replaces an earlier policy that was substantially the same.

**Document Preservation in this Litigation**

6.     Plaintiffs in this case, Daniel Harkabi and Gidon Elazar, terminated their employment with SanDisk on or about March 1, 2007.

7.     Some time in March, SanDisk received a litigation-hold demand letter from plaintiffs' counsel, Diane M. Doolittle of Quinn Emmanuel Urquhart Oliver & Hedges, LLP, dated March 7, 2007.  A true and accurate copy of this document is attached as Exhibit 2.

8.     Subsequent thereto, SanDisk issued four "Do-Not-Destroy" memoranda.  Each of the four memoranda references a specific document category relevant to this litigation, and provides that documents within the given category are to be retained.  The descriptions of each document category generally mirror the language in Ms. Doolittle's March 7 letter.  The four document categories are as follows: (1) "Documents Related to DMS," including any correspondence, notes, or other documents that relate to the Device Management System; (2) "Documents Related to U3," including documents related to the manufacture or data download process for U3 devices; (3) "MDRM Documents," including documents that relate to the acquisition of MDRM as well as documents that relate to products that use or embed MDRM technology; and (4) "MDRM Technical Documents," including all documents that refer to MDRM, Mr. Harkabi, or Mr. Elazar.  True and accurate copies of these memoranda are attached as Exhibit 3.

2

9.    I have no reason to believe that the four "Do-Not-Destroy" Memoranda issued on April 12, 2007, were not fully complied with by SanDisk and its employees, temporary employees, and contractors.

10.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this _7_ day of May, 2009, at Milpitas, California.

Julie Liedtke

3

# Exhibit 1



| SanDisk | Title: **SANDISK WORLDWIDE RECORD RETENTION POLICY**<br>Document Number: **71-04-00004**<br>Revision: **Rev. 1, Final April 26, 2007**<br>**(replaces 71-01-01-003)** |

### 1. Purpose

The purpose of the Corporate Record Retention Policy is to establish specific retention requirements for all physical and electronic media for the company.

**Please refer directly to the General Record Retention Schedule – APPENDIX A for all records requiring retention. This schedule identifies specific record numbers, retention periods and record ownership.**

**Please refer to the Departmental Record Retention Coordinator Listing - Appendix C to identify a departmental representative that can assist you with your retention needs.**

Improper decisions regarding the retention of records have a direct and significant impact on SanDisk's legal, regulatory and tax liability requirements therefore all employees must comply with this policy. Non-compliance could result in disciplinary action up to and including termination of employment.

### 2. Scope

This policy applies to SanDisk Worldwide and includes the following locations:

- All legal entities (i.e., SDUS, SDKK, SDI, SDM) of SanDisk
- All foreign offices where SanDisk business is conducted including offsite accountants that process SanDisk transactions
- All outsourced third parties that process and retain SanDisk related transactions as covered by NDA
- All worldwide locations must follow this policy and if necessary, request a country specific appendix if the local retention requirements differ significantly. All country specific designations must be reviewed and approved by the SanDisk Corporate Legal and Tax departments prior to implementation.

### 3. Roles & Responsibilities

**Process Owner:** The Corporate Records Manager under the direction of the Corporate Tax organization has full functional responsibility for the Record Retention Policy, procedure development, oversight, ongoing maintenance and enforcement. On an ongoing basis but at least annually this Policy will be reviewed and updated with current guidelines. These updates will be sent to the reviewer/approvers prior to implementation.

**Reviewer/Approver:** Chief Financial Officer, General Counsel and Chief Tax Officer

**Implementation:** In conjunction with the Corporate Records Manager, each SanDisk department is responsible for compliance with this policy in the management of its own records. Each department will assign a departmental Records Coordinator to identify and schedule records for retention and ensure that those that are needed for legal, fiscal and/or regulatory purposes are in compliance. Disposal of company records must comply with the provisions of this policy. Any deviation from the policy requires approval from the Corporate Records Manager and the Legal department.

# SanDisk

**Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**
**Document Number: 71-04-00004**
**Revision: Rev. 1, Final April 26, 2007**
**(replaces 71-01-01-003)**

## 4. Reference Documents

| | |
|---|---|
| 71-01-01-004 | SanDisk Corporate Record Retention Task Instruction Procedures |
| Appendix A | General Record Retention Schedule |
| Appendix B | Functional Groups and Areas |
| Appendix C | Departmental Records Retention Coordinator Listing |
| Appendix D | Disposal Authorization to Supplier |
| Appendix E | Sample Certificate of Disposal |
| Appendix F | Litigation or Tax Hold Notice |
| Appendix G | Litigation or Tax Hold Reminder |
| Appendix H | Litigation or Tax Hold Release Form |
| Appendix I | Offsite Storage Transmittal Form |

## 5. Definitions and Acronyms

| | |
|---|---|
| Certificate of Disposal | A certificate provided by the disposal supplier to SanDisk as proof that the record(s) was fully disposed of (versus removal). The certificate also acts as a document that the supplier accepts responsibility for the disposal of materials. |
| CRM | Corporate Record Manager– responsible for policy, procedure, oversight and enforcement of the SanDisk Record Retention Policy. |
| Date of Destruction | The date the records are eligible for destruction. |
| Department Records Coordinator | Person dedicated within each functional department responsible for records retention compliance. In conjunction with the CRM, ensures the SanDisk policy and procedure is followed for records retention. |
| Electronic Record | Data located in business applications, on-line files (such as email, voicemail, word processing documents, spreadsheet workbooks, presentation slides, electronic calendars etc.), textual or imaged data maintained on databases, data in typographical, video and/or audio formats contained on websites and any other type of data stored online. |
| Fiscal Requirement | Records related to financial transactions required to be retained in support of federal, state and local tax filings or financial audits. |
| General Record Retention Schedule – Appendix A | A list of time period requirements for retaining records in order to meet SanDisk's legal, fiscal, and regulatory requirements. |
| Legal Requirement | Records required to be kept by law. |

# SanDisk

| | |
|---|---|
| **Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**<br>**Document Number: 71-04-00004**<br>**Revision: Rev. 1, Final April 26, 2007**<br>**(replaces 71-01-01-003)** | |

Litigation Hold

Requirement that any records related to litigation or potential litigation need to be retained even beyond the normal retention policy.

Record

Recorded information regardless of medium (which includes but is not limited to paper, electronic data, email, CD, tape, film, SanDisk or vendor system applications, databases, websites) which documents organizational functions, policies, decisions, procedures, operations, agreements with other parties and activities related to SanDisk business

Records Eligible for Disposal

Records made available for disposal due to the maturation of their retention period in accordance with the provisions of this policy.

Regulatory Requirement

Records retained in support of requirements set forth by a regulatory entity or provision which includes but is not limited to: Securities and Exchange Commission (SEC), Sarbanes Oxley (SOX), Occupations Safety and Health Administration (OSHA), Health Information and Privacy Act (HIPAA).

Tax Hold

Requirement that any records related to tax audits or investigations need to be retained beyond the normal retention policy

## 6. Requirements

All SanDisk corporate records shall be retained only for their period of use as defined in the **General Record Retention Schedule - Appendix A** of this policy, unless longer retention is specifically authorized by the Corporate Record Retention Process Owner and/or the Legal department.

All corporate records requiring retention shall be securely stored at all times in such a manner that no unauthorized personnel shall have access to them. All records that are to be stored are to be clearly labeled, so they can be easily located and the record is safeguarded from unintended use or possible disposal.

All physical corporate records that are to be kept onsite are to be secured in specifically designated storage rooms or cabinets for a retention period of the current year plus one year providing the storage space can adequately retain these documents in a secured manner. If these records cannot be securely stored onsite then they will have to be sent to the SanDisk contracted offsite storage facility for safekeeping and retrieved on an as needed basis in accordance with **General Record Retention Schedule - Appendix A**.

**Under no circumstances are corporate records of any kind to be stored in an unsecured manner.**

This mandates that all corporate records, files, equipment or other media that contains corporate records cannot be left unsecured in any building access area such as hallways, restrooms,

# SanDisk°

| | |
|---|---|
| | **Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**<br>**Document Number: 71-04-00004**<br>**Revision: Rev. 1, Final April 26, 2007**<br>**(replaces 71-01-01-003)** |

cafeteria open spaces that are either inside or outside of the campus, cubicles, photocopy areas, loading and receiving areas, parking-lots, offices and/or conference rooms.

## 6.1 Record Retention Periods

### 6.1.1 General Retention Period for Non Vital Records:
Some of SanDisk's records may not require long-term retention. They may be vital to current goals and useful for analysis of current operations, but may not have a value by the time they are over one year old. Thus the company has adopted a general retention period of "current year plus last year (which is 2 years)" to be adequate for these types of records.

### 6.1.2 Legal, Fiscal, and Regulatory Records
Longer retention periods are required for all records that have a legal, fiscal and/or regulatory requirement. All employees must refer to and follow the retention periods outlined in the **General Record Retention Schedule - Appendix A** for these types of records and their required retention period.

### 6.1.3 Litigation or Tax Hold Records
Records relevant to any ongoing, pending or potential litigation, government investigation, or other audit requirements are to be retained and may not be disposed of without approval from the Corporate Records Retention department and the Legal, Tax, and Finance departments.

In cases where records may need to be retained beyond the normal retention policy, the Legal/Tax department will issue a Litigation or Tax Hold Notice to employees possessing these records. These records must be retained until the Litigation or Tax Hold Release Notice is received. In some cases, the Legal or Tax departments may collect these records in a central location for safekeeping.

There may be certain contracts (i.e., royalty) that require SanDisk to retain records beyond the periods stated in the General Record Retention Schedule. These documents may also relate to a customer or supplier's right to examine SanDisk books, documents, papers and records involving transactions related to the specific contract for a specified period of time. The departments involved in such contracts are responsible to ensure these records are retained. This may involve not only the department that initiated the contract but also the Contract Management and Legal departments.

## 6.2 Electronic Records Retention

### 6.2.1 Email

E-mail and other forms of electronic record ("electronic records") are used frequently and extensively by our employees in their daily work. Since SanDisk operates in various jurisdictions and our business activities are many-fold, the way electronic records are, or have to be, retained varies. Some electronic records created or received are to be retained for legal, regulatory or internal business reasons, and some may not have to be retained at all.

Subject to applicable local law, regulations or business requirements, the following documents need to be retained:

# SanDisk

| Title: **SANDISK WORLDWIDE RECORD RETENTION POLICY** |
| Document Number: **71-04-00004** |
| Revision: **Rev. 1, Final April 26, 2007** |
| **(replaces 71-01-01-003)** |

1. Electronic records that are within a class of documents listed in the **General Record Retention Schedule - Appendix A**
2. Electronic records that refer in any way to a document included in the **General Record Retention Schedule - Appendix A** and contain information that could reasonably be deemed necessary to understand business decisions.

Notwithstanding the requirement to maintain records in electronic format, there may be instances when there is a need to retain in hard copy, in which case they should be retained in accordance with the **General Record Retention Schedule - Appendix A.** An example of this would be an electronic record that when printed out is signed as a binding agreement, which is subject to long-term retention.

SanDisk employees are encouraged to delete electronic records (e.g., email and voicemails) immediately after taking action concerning them. Also, employees should conduct regular reviews of their electronic records and delete those that do not need to be retained after 90 days.

Employees are discouraged from receiving or sending business-related electronic records while outside the office using a personal e-mail account or account on a non-firm server. Such communications are nonetheless to be preserved and are to be forwarded to the employee's office e-mail address, as a result of which the electronic records will then be retained.

SanDisk strongly discourages the retention of electronic records in personal archives as it creates a risk that:

1. Others working on a matter will not have access to the information.
2. The official records may be incomplete.
3. The information may not be found in the person's absence.
4. If the person leaves SanDisk, a record intended to be retained is not.

## 6.2.2. Transactional Records
Electronic records related to transactional databases that are critical to the ongoing business of SanDisk (including but not limited to the company's ERP and Financial systems) will be backed up and replicated at the SanDisk appointed "Hot Sites" containing 7 years of transactional data. For historical purposes, data can be archived as long as the data is easily retrievable and accessible. If a new transactional system is implemented, data for a combined 7 year period needs to be maintained in both systems.

In certain instances, the Tax department may require data archives be kept for longer than 7 years. In this case, the Tax department will issue a tax hold for the data records required to be retained.

## 6.2.3 Voice Mail
Voicemail that goes to employee voice inboxes will be automatically deleted after 30 days in the phone system. All saved voicemail in the email system will be deleted after 90 days. If a voicemail is of a significant importance and it needs to be retained under this policy, the voicemail should be "re-saved" every 90 days.

## 6.2.4   Scanned Documents



| | Title: **SANDISK WORLDWIDE RECORD RETENTION POLICY** |
|---|---|
| | Document Number: **71-04-00004** |
| | Revision: **Rev. 1, Final April 26, 2007** |
| | **(replaces 71-01-01-003)** |

In the instances where documents are scanned and stored on-line, once the documents are successfully scanned and validation occurs, the original business documents can be appropriately disposed of per section 6.4 of this policy.

### 6.2.5   IRS Requirements of Electronic Document Storage

The IRS has requirements (Rev. Proc. 97-22, 1997-1 Sec 4.01) covering electronic storage of taxpayer records which include:

- Ensuring an accurate and complete transfer of the hardcopy books and records must contain a retrieval system that indexes, stores, preserves and reproduces all transferred information
- The storage system much include adequate controls with appropriate audit trails
- A hardcopy can be reproduced upon request
- Electronic storage of records are subject to all applicable laws that apply to paper records

All electronically stored documents required for tax purposes shall follow these IRS requirements.

### 6.3 Offsite Storage Record Retrieval

In the event that a record needs to be retrieved from the offsite storage supplier, *the Departmental Record Coordinator will submit an Offsite Records Retrieval form to the Corporate Records Manager. The Corporate Records Manager will work with the offsite storage supplier to have the boxes delivered to the requesting department within 48 hours. Once the retrieved record is no longer required, the box must be returned to offsite storage supplier with the original box number and retention period. Specific procedures that support and detail the exact storage and retrieval tasks have been developed (See Procedures 71-01-01-004)*

### 6.4 Record Disposal Requirements

### 6.4.1 Daily Disposal of Confidential Records

On an ongoing basis documents may be created that contain errors, or have been updated to reflect current data. These drafts may contain company confidential data that are no longer needed and must be properly disposed of in the confidential bins located throughout the SanDisk premises. Additionally, if there are other media such as CDs, diskettes, etc. that are not re-writeable and also contain either errors or draft data no longer needed they must be properly disposed in the confidential bins. In conjunction with the operational procedures of the Security department, material in the confidential bins will be secured until the third party shredding services are requested and provided.

**Under no circumstances are confidential documents/media to be disposed of in the regular trash containers.**

### 6.4.2 Annual Destruction Review

The Corporate Records Manager will work with each SanDisk Departmental Record Retention Coordinator to conduct an annual review as of June each year, for all records eligible for disposal that are not subject to a Litigation Hold or Tax Hold.

# SanDisk®

**Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**

**Document Number: 71-04-00004**

**Revision: Rev. 1, Final April 26, 2007**

**(replaces 71-01-01-003)**

The Departmental Records Coordinators will submit a list of the records eligible for disposal to the Corporate Records Manager for review and approval by Legal and Tax management teams. Once the approval is obtained, the Corporate Records Manager will coordinate and arrange with the offsite storage supplier for the record disposal. This process will ensure the destruction has been completed and documented in a destruction certificate from the offsite suppler which will be retained by the Corporate Records Manager.

**Under no circumstance should intentional destruction of records (physical or electronic) occur based upon a concern that the record could be harmful in a potential or existing investigation or litigation. This applies even if the record would ordinarily be destroyed under the record retention procedures in this policy. Employees found engaging in such activity could be subject to disciplinary action up to and including termination of employment.**

Appropriate Methods of Disposal to be utilized by the authorized SanDisk offsite storage facility that include:

- <u>Paper Records</u> – All paper documents are to be shredded.
- <u>Computer Media</u> – Hard drives, flash drives, tapes, microfilm, microfiche, compact disks and diskettes, CD-ROMS must be disposed of manner that ensures the information contained cannot be reconstructed.
- <u>Online Electronic Data</u> – Electronic data located online (on a database or network) should be deleted and purged.

Upon the receipt of a written request from the SanDisk Corporate Records Manager, the offsite storage supplier will begin disposal within 2 working days with complete disposal of all requested records within 5 working days. The supplier will carry out disposal in a manner that is environmentally acceptable and maintain the proprietary nature of the records. The supplier shall provide the Corporate Records Manager a Certificate of Disposal upon disposal completion.



| Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
| --- |
| Document Number: 71-04-00004 |
| Revision: Rev. 1, Final April 26, 2007 |
| (replaces 71-01-01-003) |

# APPENDIX A

## GENERAL RECORD RETENTION SCHEDULE

### I.   DOCUMENTS THAT CAN BE ROUTINELY DESTROYED

- Any non-essential correspondence more than thirty (30) days old (e.g., letters and notes that require no acknowledgement, follow-up, or further reference)

- General e-mail more than ninety (90) days old

- Drafts of Board Minutes; proposed agendas and resolutions after they are incorporated into approved minutes

- Drafts of Securities Law Filings (prospectus, registration statement, Form 3, Form 4, Form 5, Form 10Q, Form 10K, etc.) after the subsequent or final version is prepared

- Drafts of business plans after the subsequent or final version is prepared

- Drafts of strategic plans after the subsequent or final version is prepared

- Drafts of press releases after the subsequent or final version is prepared

- Drafts of transaction documents after the subsequent or final version is prepared

- Drafts of meeting presentations for a transaction after the final version of the transaction documents is prepared

- Non-SanDisk Manuals

- Other companies brochures/literature

- Voicemail over 90 days old

- Expense Report Copies

| **SanDisk®** | Title: **SANDISK WORLDWIDE RECORD RETENTION POLICY** <br> Document Number: **71-04-00004** <br> Revision: **Rev. 1, Final April 26, 2007** <br> (replaces 71-01-01-003) |
| --- | --- |

## II. DOCUMENTS TO BE RETAINED AND DESTROYED UPON PERIOD EXPIRATION DATE

### II.I (*) DOCUMENT TYPE NUMBERING LOGIC

<u>10</u>.   <u>01</u>.   <u>100</u>

<u>A</u>     <u>B</u>     <u>C</u>

<u>A</u> = THE FUNCTIONAL GROUP (SUCH AS ENGINEERING - 10, FINANCE - 25, ETC.) REFER TO <u>APPENDIX B</u> FOR A COMPLTE LISTING OF ALL GROUPS WITHIN THE COMPANY

<u>B</u> = THE FUNCTIONAL AREA WITHIN THE GROUP (SUCH ACCOUNTS PAYABLE (01) IS AN AREA WITHIN FINANCE)

<u>C</u> = THE RECORD NAME (THE ACTUAL DOCUMENT NAME – 100, 101, ETC.)

### II.II RETENTION PERIOD DEFINITIONS

o  <u>ACTIVE</u> = CURRENT VERSION OF THE DOCUMENT

o  <u>PERMANENT</u> = DOCUMENT CAN NEVER BE DISPOSED OF

# SanDisk®

| | |
|---|---|
| Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
| Document Number: 71-04-00004 |
| Revision: Rev. 1, Final April 26, 2007 |
| (replaces 71-01-01-003) |

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE 5.3 ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| **10** | **ENGINEERING** | | | | |
| **10.01** | **NAND** | | | | |
| 100 | Technology Command and Run Sets | 10.01.100 | Permanent | Engineering Mgmt Team | |
| 101 | Drawings or computer aided design | 10.01.101 | Permanent | Engineering Mgmt Team | |
| 102 | Engineering Designs/Documentation (including design notes, interim source code, research notes, lab notebooks, other records showing development history of the product from the time it was conceived to the filing of the patent) | 10.01.102 | Permanent | Engineering Mgmt Team | |
| 103 | Engineering Process Records | 10.01.103 | Seven (7) years | Engineering Mgmt Team | |
| 104 | Laboratory Reports | 10.01.104 | Seven (7) years | Engineering Mgmt Team | |
| 105 | Product Design Specifications | 10.01.105 | Permanent | Engineering Mgmt Team | |
| 106 | Product Testing, Measurements and Characterizations | 10.01.106 | Seven (7) years | Engineering Mgmt Team | |
| 107 | Research Records | 10.01.107 | Permanent | Engineering Mgmt Team | |
| 108 | Schematic Database | 10.01.108 | Permanent | Engineering Mgmt Team | |
| 109 | Layout Database | 10.01.109 | Permanent | Engineering Mgmt Team | |
| 110 | Personal or meeting notes not related to an invention | 10.01.110 | Seven (7) years | Engineering Mgmt Team | |
| 111 | Presentations not related to an invention | 10.01.111 | Seven (7) years | Engineering Mgmt Team | |
| **10.02** | **ASIC** | | | | |
| 100 | Technology Commands and Run Sets | 10.02.100 | Permanent | Engineering Mgmt Team | |
| 101 | Computer aided design drawings | 10.02.101 | Permanent | Engineering Mgmt Team | |

# SanDisk®

| | |
|---|---|
| **Title:** SANDISK WORLDWIDE RECORD RETENTION POLICY | |
| **Document Number:** 71-04-00004 | |
| **Revision:** Rev. 1, Final April 26, 2007 | |
| **(replaces 71-01-01-003)** | |

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE II ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| 102 | Engineering Designs/Documentation (including design notes, interim source code, research notes, other records showing development history of the product. | 10.02.102 | Permanent | Engineering Mgmt Team | |
| 103 | Engineering Process Records | 10.02.103 | Seven (7) years | Engineering Mgmt Team | |
| 104 | Laboratory Reports | 10.02.104 | Seven (7) years | Engineering Mgmt Team | |
| 105 | Product Design Specifications | 10.02.105 | Permanent | Engineering Mgmt Team | |
| 106 | Product Testing Characterization | 10.02.106 | Seven (7) years | Engineering Mgmt Team | |
| 107 | Personal or meeting notes not related to an invention | 10.02.107 | Seven (7) years | Engineering Mgmt Team | |
| 108 | Presentations not related to an invention | 10.02.108 | Seven (7) years | Engineering Mgmt Team | |
| **10.03** | **MANUFACTURING AND PACKAGING ENGINEERING** | | | | |
| 100 | Manufacturing drawings | 10.03.100 | Two (2) years | Engineering Mgmt Team | |
| 101 | Manufacturing procedures | 10.03.101 | Two (2) years | Engineering Mgmt Team | |
| 102 | Design specifications and documentation for manufacturing | 10.03.102 | Seven (7) years | Engineering Mgmt Team | |
| 103 | Packaging designs and drawings | 10.03.103 | Two (2) years | Engineering Mgmt Team | |
| **10.04** | **PRODUCT AND TEST ENGINEERING** | | | | |
| 100 | Production Tool Design Records | 10.04.100 | Seven (7) years | Engineering Mgmt Team | |
| 101 | Yield and characterization records | 10.04.101 | Seven (7) years | Engineering Mgmt Team | |
| **10.05** | **TECHNOLOGY** | | | | |
| 100 | Technology Process Flows | 10.05.100 | Permanent | Engineering Mgmt Team | |
| 101 | Electrical Design Rules (EDR) | 10.05.101 | Permanent | Engineering Mgmt Team | |
| 102 | Geometrical Design Rules (GDR) | 10.05.102 | Permanent | Engineering Mgmt Team | |
| 103 | Failure Analysis Reports | 10.05.103 | Permanent | Engineering Mgmt | |

# SanDisk

| Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
| Document Number: 71-04-00004 |
| Revision: Rev. 1, Final April 26, 2007 |
| (replaces 71-01-01-003) |

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE II.1 ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| 104 | Yield Reports | 10.05.104 | Permanent | Engineering Mgmt Team | |
| 105 | Lab Reports | 10.05.105 | Permanent | Engineering Mgmt Team | |
| 106 | Patent Idea Notes | 10.05.106 | Permanent | Engineering Mgmt Team | |
| 107 | Project Status Presentations | 10.05.107 | Permanent | Engineering Mgmt Team | |
| 108 | Technology Email Exchange | 10.05.108 | Permanent | Engineering Mgmt Team | |
| **10.06** | **RELIABILITY** | | | | |
| 100 | Product Qualification Reports | 10.06.100 | Five (5) years | Engineering Mgmt Team | |
| 101 | RMA Failure Analysis Reports | 10.06.101 | Two (2) years | Engineering Mgmt Team | |
| **10.07** | **SANDISK 3D** | | | | |
| 100 | Engineering Designs/Documentation (including design notes, interim source code, research notes, other records showing development history of the product. | 10.08.100 | Permanent | Engineering Mgmt Team | |
| 101 | Engineering Process Records | 10.08.101 | Seven (7) years | Engineering Mgmt Team | |
| 102 | Laboratory Reports | 10.08.102 | Seven (7) years | Engineering Mgmt Team | |
| 103 | Personal or meeting notes not related to an invention | 10.08.103 | Seven (7) years | Engineering Mgmt Team | |
| 104 | Presentations not related to an invention | 10.08.104 | Seven (7) years | Engineering Mgmt Team | |
| **10.08** | **SECURITY SYSTEMS** | | | | |
| 100 | Engineering Designs/Documentation (including design notes, interim source code, research notes, other records showing development history of the product. | 10.08.100 | Permanent | Engineering Mgmt Team | |
| 101 | Engineering Process Records | 10.08.101 | Seven (7) years | Engineering Mgmt Team | |
| 102 | Laboratory Reports | 10.08.102 | Seven (7) years | Engineering Mgmt Team | |
| 103 | Personal or meeting notes not related to an invention | 10.08.103 | Seven (7) years | Engineering Mgmt Team | |

**SanDisk**

Title: SANDISK WORLDWIDE RECORD RETENTION POLICY
Document Number: 71-04-00004
Revision: Rev. 1, Final April 26, 2007
(replaces 71-01-01-003)

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE E.) ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| 104 | Presentations not related to an invention | 10.08.104 | Seven (7) years | Engineering Mgmt Team | |
| **10.09** | **FIRMWARE/SOFTWARE DEVELOPMENT** | | | | |
| 100 | Engineering Designs/Documentation (including design notes, interim source code, research notes, other records showing development history of the product. | 10.09.100 | Permanent | Engineering Mgmt Team | |
| **10.10** | **SERIAL PRODUCTS** | | | | |
| 100 | Engineering Designs/Documentation (including design notes, interim source code, research notes, other records showing development history of the product. | 10.10.100 | Permanent | Engineering Mgmt Team | |
| 101 | Characterization Reports - DVT | 10.10.101 | Seven (7) years | Engineering Mgmt Team | |
| 102 | Engineering Requirements Document | 10.10.102 | Permanent | Engineering Mgmt Team | |
| **10.11** | **MEMORY STICK/xD PRODUCTS** | | | | |
| 100 | Characterization – DVT | 10.11.100 | Seven (7) years | Engineering Mgmt Team | |
| 101 | Memory Stick Protocol Specifications | 10.11.101 | Permanent | Engineering Mgmt Team | |
| 102 | Engineering Designs/Documentation (including design notes, interim source code, research notes, other records showing development history of the product. | 10.11.102 | Permanent | Engineering Mgmt Team | |
| 103 | Test Tools | 10.11.103 | Seven (7) years | Engineering Mgmt Team | |
| **10.12** | **NAND SYSTEMS** | | | | |

**SanDisk**

Title:  SANDISK WORLDWIDE RECORD RETENTION POLICY
Document Number:  71-04-00004
Revision: Rev. 1, Final April 26, 2007
(replaces 71-01-01-003)

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE 11 ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| 100 | Characterization – DVT | 10.12.100 | Two (2) years | Engineering Mgmt Team | |
| 101 | Industry Specifications | 10.12.101 | Permanent | Engineering Mgmt Team | |
| 102 | Engineering Designs/Documentation (including design notes, interim source code, research notes, other records showing development history of the product. | 10.12.102 | Permanent | Engineering Mgmt Team | |
| 103 | Test Tools | 10.12.103 | Seven (7) years | Engineering Mgmt Team | |
| 104 | Technology Roadmaps | 10.12.104 | Permanent | Engineering Mgmt Team | |
| 10.13 | **SanDisk Israel Ltd:** | | | Engineering Mgmt Team | |
| 100 | Technology Command and Run Sets | 10.13.100 | Permanent | Engineering Mgmt Team | |
| 101 | Drawings or computer aided design | 10.13.101 | Permanent | Engineering Mgmt Team | |
| 102 | Engineering Designs/Documentation (including design notes, interim source code, research notes, other records showing development history of the product. | 10.13.102 | Permanent | Engineering Mgmt Team | |
| 103 | Engineering Process Records | 10.13.103 | Seven (7) years | Engineering Mgmt Team | |
| 104 | Laboratory Reports | 1013.104 | Seven (7) Years | Engineering Mgmt Team | |
| 105 | Product Design Specifications | 10.13.105 | Permanent | Engineering Mgmt Team | |
| 106 | Product Testing, Measurements and Characterizations | 10.13.106 | Seven (7) years | Engineering Mgmt Team | |
| 107 | Research Records | 10.13.107 | Permanent | Engineering Mgmt Team | |
| 108 | Schematic Database | 10.13.108 | Permanent | Engineering Mgmt Team | |
| 109 | Layout Database | 10.13.109 | Permanent | Engineering | |

# SanDisk

**Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**

Document Number: 71-04-00004

Revision: Rev. 1, Final April 26, 2007

(replaces 71-01-01-003)

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE LI ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| | | | | Mgmt Team | |
| 110 | Personal or meeting notes not related to an invention | 10.13.110 | Seven (7) years | Engineering Mgmt Team | |
| 112 | Israeli Office of the Chief Scientist (OCS) Grants – all documents and other evidence regarding the implementation of the approved program, the conditions of approval and determination of royalties due to the OCS | 10.13.111 | Length of the research project and until any resulting royalties may be due to the OCS | Engineering Mgmt Team | |
| **15** | **EXECUTIVE OFFICERS** | | | | |
| *15.01 | **GENERAL** | | | | |
| 100 | Calendar | 15.01.100 | Seven (7) years | Executives | |
| 101 | Chronological Business Files | 15.01.101 | Active + One (1) year | Executives | |
| 102 | Pre-Contract Agreement Negotiation Work papers | 15.01.104 | 6 months after final contract is executed | Executives | |
| 103 | Strategic Plans | 15.01.105 | Permanent (only CFO, CEO and Controller should retain copies) | CFO, COO, CEO, | |
| 104 | Organization Charts | 15.01.106 | Seven (7) years | Executive Administrators | |
| **20** | **FACILITIES** | | | | |
| 20.01 | **GENERAL** | | | | |
| 100 | Acquisition data – equipment | 20.01.100 | Permanent (review every three (3) years) | Facilities Director | |
| 101 | Building Permits | 20.01.101 | Active | Facilities Director | |
| 102 | Lease Acquisitions | 20.01.102 | Permanent (review every ten (10) years) | Facilities Director | |
| 103 | Leases | 20.01.103 | Permanent | Facilities Director | |
| 104 | Maintenance Records | 20.01.104 | Active | Facilities Director | |
| 105 | Mortgages | 20.01.105 | Twenty-one (21) years | Facilities Director | |
| 106 | Motor Vehicle Maintenance | 20.01.106 | Active | Facilities Director | |
| 107 | Motor Vehicle Records | 20.01.107 | Active | Facilities Director | |

# SanDisk®

| Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
| Document Number: 71-04-00004 |
| Revision: Rev. 1, Final April 26, 2007 |
| (replaces 71-01-01-003) |

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE II.J ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| 106 | Office Improvements | 20.01.106 | Active | Facilities Director | |
| **25.01** | **ACCOUNTS PAYABLE** | | | | |
| 100 | Accounts Payable Invoices/Vouchers (includes copy of the check and backup associated with the payment) | 25.01.100 | Seven (7) Years | Controller | IRS |
| 101 | Accounts Payable Ledgers | 25.01.101 | Seven (7) Years | Controller | IRS |
| 102 | Accounts Payable Accruals | 25.01.102 | Seven (7) Years | Controller | IRS |
| 103 | Cash Disbursements | 25.01.103 | Permanent | Controller | |
| 104 | W9/1099 Records | 25.01.104 | Seven (7) Years | | IRS |
| **25.02** | **ACCOUNTS RECEIVABLE** | | | | |
| 100 | Accounts Receivable Ledgers (soft copies) | 25.02.100 | Seven (7) Years | Controller | IRS |
| 101 | Cash Journals | 25.02.101 | Seven (7) Years | Controller | IRS |
| 102 | Customer payments hard copies | 25.02.102 | Seven (7) Years | Controller | IRS |
| 103 | Customer credit files | 25.02.103 | Permanent | Credit Manager | |
| 104 | Inactive Customer Credit Files(after 3 years of inactivity) | 25.02.104 | 7 years | Credit Manager | |
| 105 | Sales Commission Statements | 25.02.105 | Seven (7) Years | Credit Manager | IRS |
| 106 | Credit Memo Advices | 25.02.106 | Seven (7) Years | Credit manager | IRS |
| 107 | Bad Debt Reserve Analysis | 25.02.107 | Seven (7) Years | Credit Manager | IRS |
| 108 | Invoices & Appropriate Back-up | 25.02.108 | Seven (7) Years | Controller | IRS |
| 109 | Cash Receipts | 25.02.109 | Seven (7) Years | Credit Manager | IRS |
| 110 | Collection Records | 25.02.111 | Seven (7) Years | Credit Manager | IRS |
| **25.03** | **Property Plant and Equipment** | | | | |
| 100 | Capital Authorization Requests (Operations) | 25.03.100 | Seven (7) years | Controller | |
| 101 | Monthly Journal Vouchers (including backup support documents), Recons, Ledgers and Support | 25.03.101 | Seven (7) years | Controller | |
| 102 | Physical Inventory of Fixed Assets | 25.03.102 | Seven (7) years | Controller | |

# SanDisk

**Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**

Document Number: 71-04-00004

Revision: Rev. 1, Final April 26, 2007

(replaces 71-01-01-003)

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE II.I ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| 25.04 | **ADMINISTRATIVE ACCOUNTING** | | | | |
| 100 | Audit Reports, External | 25.04.100 | Seven (7) years | Controller | |
| 101 | Audit Reports, Internal | 25.04.101 | Seven (7) years | Internal Audit Director | |
| 102 | Budget Work papers | 25.04.102 | One (1) year | FPA Director | |
| 103 | Budgets, 1 year | 25.04.103 | Two (2) years | FPA Director | |
| 104 | Budgets, 5 year | 25.04.104 | Six (6) years | FPA Director | |
| 105 | Business Plans | 25.04.105 | Seven (7) years after end of program | CFO | |
| 106 | Customer Credit Files | 25.04.106 | Active | Credit Manager | |
| 107 | Customer Master File | 25.04.107 | Active | Accounting Services Director | |
| 108 | Financial Plan | 25.04.108 | Active | FPA Director | |
| 109 | Financial Reports, Annual | 25.04.109 | Permanent | Controller | |
| 110 | Financial Reports, Monthly | 25.04.110 | Three (3) years | Controller | |
| 111 | Financial Statements | 25.04.111 | Permanent | Controller | |
| 112 | Forecasts, 1 year | 25.04.112 | Two (2) years | FPA Director | |
| 113 | Forecasts, 5 year | 25.04.113 | Six (6) years | FPA Director | |
| 114 | Disclosure Committee Policy/minutes | 25.04.114 | Three (3) years after completion | Controller | |
| 115 | Employee Stock Purchase Agreements | 25.04.115 | Permanent | Investor Relations Director | |
| 116 | Earnings Release/commentary/ financial slides to investors | 25.04.116 | Three (3) years | Controller | |
| 117 | Finance Policies | 25.04.117 | Permanent | CFO | |
| 118 | Procedure Manuals | 25.04.118 | Permanent | CFO | |
| 119 | Profit and Loss Statements | 25.04.119 | Permanent | Controller | |
| 120 | Signature Policy | 25.04.120 | Permanent | CFO | |
| 121 | SOX 404 Documentation | 25.04.121 | Seven (7) years | Internal Audit Director | |
| 122 | Strategic Plans | 25.04.122 | Permanent (only CFO, CEO and Controller should retain copies) | CFO | |
| 123 | Whistler Blower Hotline - substantiated | 25.04.123 | EU - 2 months All other - 1 year softcopy, 6 | Internal Audit Director | |

# SanDisk

**Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**

**Document Number: 71-04-00004**

**Revision: Rev. 1, Final April 26, 2007**

**(replaces 71-01-01-003)**

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE EJ ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| | | | year hardcopy | | |
| 124 | Whistler Blower Hotline - unsubstantiated | 25.04.124 | EU - 24 hours All other - 1 year softcopy, 6 year hardcopy | Internal Audit Director | |
| **25.05** | **GENERAL ACCOUNTING** | | | | |
| 100 | Account Ledgers | 25.05.100 | Seven (7) Years | Controller | IRS |
| 101 | Accounting Procedures | 25.05.101 | Permanent | Controller | |
| 102 | Balance Sheets | 25.05.102 | Seven (7) Years | Controller | IRS |
| 103 | Credit Applications | 25.05.103 | One (1) year | Controller | |
| 104 | General Ledger, Annual | 25.05.104 | Permanent | Controller | |
| 105 | General Ledger, Monthly | 25.05.105 | One (1) year | Controller | |
| 106 | Journal Entries (including backup support documents) | 25.05.106 | Seven (7) Years | Controller | IRS |
| 107 | Ledgers, (Subsidiary) | 25.05.107 | Seven (7) Years | Controller | IRS |
| 108 | Registers | 25.05.108 | Seven (7) Years | Controller | IRS |
| 109 | Trial Balances | 25.05.109 | Permanent | Controller | |
| 110 | External Audit Support Documents and Quarter/Year End (including Technical Memos) | 25.05.110 | Permanent | Controller | IRS |
| **25.06** | **PAYROLL** | | | | |
| 100 | Payroll JVs (including backup support documents) | 25.06.100 | Seven (7) years | Payroll Manager | |
| 101 | Payroll Reconciliations | 25.06.101 | Seven (7) years | Payroll Manager | |
| 102 | Payroll Registers | 25.06.102 | Permanent | Payroll Manager | |
| 103 | Cancelled Payroll checks | 25.06.103 | Seven (7) years | Payroll Manager | |
| 104 | Timecards/Time-off records | 25.06.104 | Seven (7) years | Payroll Manager | |
| 105 | W-2 | 25.06.105 | Seven (7) years | Payroll Manager | |
| 106 | W-4 | 25.06.106 | Seven (7) years | Payroll Manager | |
| 107 | Terminated employee files | 25.06.107 | Seven (7) years | Payroll Manager | |
| 108 | Expense Reports | 25.06.108 | Seven (7) years | Payroll Manager | |
| 109 | Sick Leave Benefits Accrual | 25.06.109 | Seven (7) years | Payroll Manager | |
| 110 | Employment Tax Filings | 25.06.110 | Seven (7) years | Payroll Manager | |
| 111 | Unemployment Tax Filings | 25.06.111 | Seven (7) years | Payroll Manager | |
| **25.07** | **Tax Compliance** | | | | |
| 100 | Excise tax Filings | 25.07.100 | Seven (7) Years | Sr. Tax Director | |
| 101 | Inter-Company Pricing | 25.07.101 | Seven (7) Years | Sr. Tax Director | |
| 102 | Sales and Use Tax Filings | 25.07.102 | Seven (7) years | Sr. Tax Director | |
| 103 | Property Tax Filings (including | 25.07.103 | Seven (7) years | Sr. Tax Director | |

# SanDisk®

| Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
|---|
| Document Number: 71-04-00004 |
| Revision: Rev. 1, Final April 26, 2007 |
| (replaces 71-01-01-003) |

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE ILI ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| | unclaimed property) | | | | |
| 104 | Income Tax Returns | 25.07.104 | Permanent | Sr. Tax Director | |
| 105 | Business and Tax Registrations | 25.07.105 | Permanent | Sr. Tax Director | |
| 106 | Correspondence with tax agencies and authorities | 25.07.106 | Permanent | Sr. Tax Director | |
| 107 | Tax Provisions | 25.07.107 | Permanent | Sr. Tax Director | |
| **25.08** | **TREASURY** | | | | |
| 100 | Bank Lockbox Deposits | 25.08.100 | Seven (7) years | Treasurer | |
| 101 | Bank Reconciliations | 25.08.101 | Seven (7) years | Controller | |
| 102 | US Bank Statements | 25.08.102 | Seven (7) years | Treasurer, Payroll Manager | |
| 103 | International Bank statements | 25.08.103 | Seven (7) years | Controller | |
| 104 | Check Registers | 25.08.104 | Seven (7) years | Accounts Payable Manager Payroll Manager | |
| 105 | Checks, cancelled | 25.08.105 | Seven (7) years | Accounts Payable Manager Payroll Manager | |
| 106 | Bank agreements | 25.08.106 | Seven (7) years | Treasurer | |
| 107 | Insurance Policies, Active | 25.08.107 | Twenty-one (21) years | Treasurer | |
| 108 | Insurance Policies, Cancelled | 25.08.108 | Twenty-one (21) years | Treasurer | |
| 109 | Real estate investments | 25.08.109 | Seven (7) years | Treasurer | |
| 110 | Fixed Income Investments | 25.08.110 | Seven (7) years | Treasurer | |
| 111 | Letters of Credit | 25.08.111 | Twenty-one (21) years | Treasurer | |
| 112 | Mortgage Records | 25.08.112 | Twenty-one (21) years | Controller, Facilities Director | |
| 113 | Notes, Cancelled | 25.08.113 | Twenty-one (21) years | Legal Counsel, Controller | |
| 114 | Notes, Paid | 25.08.114 | Twenty-one (21) years | Legal Counsel, Controller | |
| 115 | Hedging Options Contracts | 25.08.115 | Twenty-one (21) years | Treasurer | |
| 116 | Hedging Options and Futures | 25.08.116 | Seven (7) years | Treasurer | |
| 117 | Money Manager Statements | 25.08.117 | Seven (7) years | Treasurer | |
| 118 | Corporate Equity Investments | 25.08.118 | Seven (7) years | Controller | |
| 119 | Wire Transfers | 25.08.119 | Seven (7) years | Treasurer | |
| 120 | Daily Cashbook Records | 25.08.120 | Seven (7) years | Treasurer | |
| 121 | All Bank signatory records (adds, deletes) | 25.08.121 | Seven (7) years | Treasurer | |
| **25.09** | **CORPORATE RECORDS MANAGEMENT** | | | | |

# SanDisk®

| | |
|---|---|
| **Title:** SANDISK WORLDWIDE RECORD RETENTION POLICY | |
| **Document Number:** 71-04-00004 | |
| **Revision: Rev. 1, Final April 26, 2007** | |
| (replaces 71-01-01-003) | |

| RECORD# | AREA/RECORD TYPE NAME | COMPLETE DOCUMENT RECORD NUMBER (* SEE 8.1 ABOVE) | SANDISK RETENTION PERIOD | FUNCTION RESPONSIBLE FOR RETENTION | ISO DOCUMENT CONTROL XREFERENCE NUMBER |
|---|---|---|---|---|---|
| 100 | Electronic Record Indexes | 25.09.100 | Active | Corporate Records Manager | |
| 101 | Record Destruction Documentation | 25.09.101 | Permanent | Corporate Records Manager | |
| 102 | Records Inventory Logs | 25.09.102 | One (1) year | Corporate Records Manager | |
| 103 | Records Management Procedures | 25.09.103 | Permanent | Corporate Records Manager | |
| 104 | Document Hold Notices, with all updates | 25.09.104 | Permanent | Corporate Records Manager | |
| **25.10** | **OPERATIONS ACCOUNTING** | | | | |
| 100 | Month End Cost Records | 25.10.100 | Seven (7) years | VP Finance Operations | |
| 101 | Standard Revaluation (QAD) | 25.10.101 | Seven (7) years | VP Finance Operations | |
| 102 | Product Cost Data (Master Reference & Wafer Cost) | 25.10.100 | Seven (7) years | VP Finance Operations | |
| 103 | Cost Accounting Revaluations | 25.10.101 | Seven (7) years | VP Finance Operations | |

| SanDisk | Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
|---|---|
| | Document Number: 71-04-00004 |
| | Revision: Rev. 1, Final April 26, 2007 |
| | (replaces 71-01-01-003) |

| 104 | Costing Engineering Change Orders | 25.10.102 | Seven (7) years | VP Finance Operations | |
|---|---|---|---|---|---|
| **25.11** | **Revenue Accounting** | | | | |
| 100 | Revenue Forecasts and recognition | 25.11.100 | Seven (7) years | VP Finance Operations | |
| 101 | Pricing Analysis | 25.11.101 | Seven (7) years | VP Finance Operations | |
| 102 | Financial Analysis for Marketing Requirements Documents (Phase 1) | 25.11.102 | Seven (7) years | VP Finance Operations | |
| 103 | Financial Requirements Documents for New Product Development (Phase 1) | 25.11.103 | Seven (7) years | VP Finance Operations | |
| | **Stock Administration** | | | | |
| 100 | Employee Incentive Plan Documents | 25.12.100 | Seven (7) years | Sr. Director Investor Relations | |
| 101 | Stock Administration Audit Documents | 25.12.101 | Seven (7) years | Sr. Director Investor Relations | |
| 102 | Transfer agent records | 25.12.102 | Seven (7) years | Sr. Director Investor Relations | |
| 103 | Cancelled Stock Certificates | 25.12.103 | Permanent | Sr. Director Investor Relations | |
| **25.13** | **INVESTOR RELATIONS** | | | | |
| 100 | Earnings release commentary | 25.13.100 | Three (3) years | Investor Relations Sr. Director | |
| 101 | Conference call scripts | 25.13.101 | Three (3) years | Investor Relations Sr. Director | |
| 102 | Financial slides to investors | 25.13.102 | 1 quarter | Investor Relations Sr. Director | |
| 103 | Analyst Day Slides | 25.13.103 | One (1) Year | Investor Relations Sr. Director | |
| **25.14** | **EXTERNAL REPORTING** | | | | |
| 100 | 10-K/10-Q Tie-out Binders Hard/Soft Copies | 25.14.100 | Seven (7) years | External Reporting | |
| 101 | Memos/Whitepapers Hard/Soft Copies | 25.14.101 | Four (4) years | External Reporting | |
| **30** | **Human Resources** | | | | |
| **30.01** | **BENEFITS** | | | | |
| 100 | Disability Records | 30.01.100 | Permanent | Human Resources Director | |
| 101 | Education Assistance Files | 30.01.101 | Length of Employment | Human Resources Director | |
| 102 | Employee Benefits | 30.01.102 | Length of Employment | Human Resources Director | |
| 103 | Employee Relocation Records | 30.01.103 | Length of Employment | Human Resources Director | |
| 104 | I-9, Employment Eligibility | 30.01.104 | Three (3) years after employee termination | Human Resources Director | |

**SanDisk**

| | Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
|---|---|
| | Document Number: 71-04-00004 |
| | Revision: Rev. 1, Final April 26, 2007 |
| | (replaces 71-01-01-003) |

| 105 | Incentive Plans | 30.01.105 | Length of Employment | Human Resources Director | |
|---|---|---|---|---|---|
| 106 | Profit Sharing/Bonus Plans | 30.01.106 | Seven (7) years | Human Resources Director | |
| 107 | 401K Benefits | 30.01.107 | Permanent | Human Resources Director | |
| 108 | Service Records | 30.01.108 | Permanent | Human Resources Director | |
| **30.02** | **EQUAL OPPORTUNITY (EEO)** | | | | |
| 100 | Affirmative Action Plan | 30.02.100 | Active | Global Staffing Director | |
| 101 | Form EEO-2 | 30.02.101 | Permanent | Global Staffing Director | |
| 102 | Racial/Ethnic Identification (Form EEO-1) | 30.02.102 | Permanent | Global Staffing Director | |
| **30.03** | **HR GENERAL** | | | | |
| 100 | Employee Manuals | 30.03.100 | Permanent | Human Resources Director | |
| 101 | Job Advertisements | 30.03.101 | Two (2) years | Global Staffing Director | |
| 102 | Job Requisitions – online - paper | 30.03.102 | Permanent Two (2) years | Global Staffing Director | |
| 103 | Performance Reviews | 30.03.103 | Length of Employment | Human Resources Director | |
| 104 | Salary Surveys | 30.03.104 | Three (3) years | Human Resources Director | |
| 105 | Code of Conduct Certifications | 30.03.105 | Three (3) years | Human Resources Director | |
| 106 | Resumes | 30.03.106 | Two(2) years | Human Resources Director | |
| **30.04** | **HEALTH AND SAFETY** | | | | |
| 100 | Accident Reports (OSHA Form 200) | 30.04.100 | Six (6) years | Human Resources Director | |
| 101 | Employee Medical Complaints | 30.04.101 | Six (6) years | Human Resources Director | |
| **30.05** | **PERSONNEL ACTIONS** | | | | |
| 100 | Applicant Tracking Records (Hired and Rejected) | 30.05.100 | Permanent | Global Staffing Director | |
| 101 | Job Announcements | 30.05.101 | One (1) year | Human Resources Director | |
| 102 | Layoff Records/Out placement data | 30.05.102 | Seven (7) years | Human Resources Director | |
| 103 | Personnel Files, Active (including related ECD's: noting salary rates, LOA, personnel actions, education assistance, performance reviews, employment history, offer letters, termination notice, transfer records, special | 30.05.103 | Length of Employment | Human Resources Director | 70-01-00006 |

**SanDisk®**

Title: **SANDISK WORLDWIDE RECORD RETENTION POLICY**
Document Number: **71-04-00064**
Revision: **Rev. 1, Final April 26, 2007**
(replaces 71-01-01-003)

| | | | | | |
|---|---|---|---|---|---|
| | employment contracts) | | | | |
| 104 | Personnel Files, Terminated | 30.05.104 | Six (6) years after termination | Human Resources Director | |
| 105 | Termination Exit Interview Records | 30.05.105 | Three (3) years | Human Resources Director | |
| 106 | Training Records | 30.05.106 | Length of Employment | Human Resources Director | 70-01-00006 |
| 107 | Reconciliations and supporting records (all types of HR related reconciliations and supporting documents). | 30.05.107 | Seven (7) years | Human Resources Director | |
| **35** | **INFORMATION TECHNONOLGY** | | | | |
| **35.01** | **GENERAL IT** | | | | |
| 100 | Batch Request Form | 35.01.100 | Seven (7) years | IT Director | |
| 101 | Cyborg data records | 35.01.101 | Permanent | HR IT | |
| 102 | Email, General | 35.01.102 | Ninety (90) days | All Employees | |
| 103 | Email, Specific | 35.01.103 | Per stated retention period for subject matter | All Employees | |
| 104 | Fixed Asset System Data | 35.01.104 | Seven (7) years until archived | IT Director | |
| 105 | Fixed Asset System, Archived Data | 35.01.105 | Permanent | IT Director | |
| 106 | Global Tax Management | 35.01.106 | Permanent | IT Director | |
| 107 | Move To Production Form | 35.01.107 | Seven (7) years | IT Director | |
| 108 | Price Lists Loads, Including inter company | 35.01.108 | Seven (7) years | IT Director | |
| 109 | ERP (QAD, Biz-flow or other systems) Data | 35.01.109 | Seven (7) years until archived | IT Director | |
| 110 | ERP (QAD, Biz-flow, Oracle or other systems) Archived Data | 35.01.110 | Permanent | IT Director | |
| 111 | Voicemail, General | 35.01.111 | Ninety (90) days | All Employees | |
| 113 | Security Access Request Forms | 35.01.113 | Seven (7) years | IT Director | |
| 114 | Ess-base Data | 35.01.114 | Seven (7) years | IT Director | |
| **40** | **LEGAL** | | | | |
| **40.01** | **CORPORATE GOVERNANCE** | | | | |
| 100 | SEC Reporting and Filings | 40.01.100 | Permanent | Legal Counsel | |
| 101 | Annual Reports | 40.01.101 | Permanent | Legal Counsel | |
| 102 | Articles of Association | 40.01.102 | Permanent | Legal Counsel | |
| 103 | Articles of Incorporation | 40.01.103 | Permanent | Legal Counsel | |
| 104 | Board of Directors Meeting Minutes | 40.01.104 | Permanent | Legal Counsel | |

# SanDisk®

| | Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
|---|---|
| | Document Number: 71-04-00004 |
| | Revision: Rev. 1, Final April 26, 2007 |
| | (replaces 71-01-01-003) |

| | | | | | |
|---|---|---|---|---|---|
| 105 | Board of Directors Meeting Notices | 40.01.105 | Permanent | Legal Counsel | |
| 106 | Corporate Reorganizations | 40.01.106 | Permanent | Legal Counsel | |
| 107 | Minute Books | 40.01.107 | Permanent | Legal Counsel | |
| 108 | Proxies, Signed | 40.01.108 | Permanent | Legal Counsel | |
| 109 | Shareholder Meeting Minutes | 40.01.109 | Permanent | Legal Counsel | |
| 110 | Stockholder Listing | 40.01.110 | Permanent | Legal Counsel | |
| 111 | Voting Records | 40.01.111 | Permanent | Legal Counsel | |
| 112 | Board amendments and resolutions | 40.01.112 | Permanent | Legal Counsel | |
| 113 | Board Charters | 40.01.113 | Permanent | Legal Counsel | |
| 114 | Promissory Notes | 40.01.114 | Seven (7) years after Note expires | Legal Counsel | |
| **40.02** | **CONTRACT ADMINISTRATION** | | | Legal Counsel | |
| 100 | Partnership Agreements | 40.02.100 | Ten (10) years after expiration | Legal Counsel | |
| 101 | Joint Venture Agreements | 40.02.101 | Ten (10) years after expiration | Legal Counsel | |
| 102 | Employment Contracts | 40.02.102 | Ten (10) years after expiration | Legal Counsel | |
| 103 | Inter-company Agreements | 40.02.103 | Ten (10) years after expiration | Legal Counsel | |
| 104 | Property Contracts (Real Estate & Leases) | 40.02.104 | Ten (10) years after expiration | Legal Counsel | |
| 105 | Memoranda of Understanding, Letter of Intent | 40.02.105 | Ten (10) years after expiration | Legal Counsel | |
| 106 | Customer Agreements (Retail and OEM) | 40.02.106 | Ten (10) years after expiration | Legal Counsel | |
| 107 | Licensing Agreements | 40.02.107 | Ten (10) years after expiration | Legal Counsel | |
| 108 | Royalty Agreements | 40.02.108 | Ten (10) years after expiration | Legal Counsel | |
| 109 | Service Agreements | 40.02.109 | Ten (10) years after expiration | Legal Counsel | |
| 110 | Consulting Agreements | 40.02.110 | Ten (10) years after expiration | Legal Counsel | |
| 111 | Non- Production Procurement Agreements | 40.02.111 | Ten (10) years after expiration | Legal Counsel | |
| 112 | Supplier/Contract Manufacturer Agreements | 40.02.112 | Ten (10) years after expiration | Legal Counsel | |
| 113 | Product Warranties | 40.02.113 | Twenty-one (21) years | Legal Counsel | |
| 114 | Non-Disclosure Agreements | 40.02.114 | Ten (10) years after expiration | Legal Counsel | |
| **40.03** | **INTELLECTUAL PROPERTY** | | | | |
| 100 | IP/Patent Agreements | 40.03.100 | Permanent | Legal Counsel | |
| 101 | Patent Disclosure File | 40.03.101 | Permanent | | |
| 102 | Patent Prosecution File (including application, history, office action | 40.03.102 | Permanent | Legal Counsel | |

| | | | | |
|---|---|---|---|---|
| **SanDisk** | **Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**<br>**Document Number: 71-04-00004**<br>**Revision: Rev. 1, Final April 26, 2007**<br>**(replaces 71-01-01-003)** | | | |

| | | and correspondence) | | | | |
|---|---|---|---|---|---|---|
| 103 | Issued Patents (Blue Ribbon copy of patent only) | 40.03.103 | Permanent | Legal Counsel | |
| 104 | Engineering Notebooks received by Legal | 40.03.104 | Permanent | Legal Counsel | |
| 105 | Trademark Registration and evidence of first use | 40.03.105 | Ten (10) years after expiration | Legal Counsel | |
| 106 | Copyright Registration | 40.03.106 | Ten (10) years after expiration | Legal Counsel | |
| **40.04** | **GENERAL LEGAL** | | | | |
| 100 | Power of Attorney | 40.04.100 | Seven (7) years after expiration | Legal Counsel | |
| 101 | Legal Opinions and Correspondence | 40.04.101 | Seven (7) years | Legal Counsel | |
| 102 | Attorney Audit Letters | 40.04.102 | Seven (7) years | Legal Counsel | |
| **40.05** | **LITIGATION/CLAIMS** | | | | |
| | **Note: Litigation Files would contain but are not limited to Affidavits, Depositions, Exhibits, Court Filings and Records, Correspondence** | | | | |
| 100 | Affirmative Action Claims | 40.05.100 | Ten (10) years after final disposition or settlement | Legal Counsel | |
| 101 | Corporate Litigation | 40.05.101 | Ten (10) years after final disposition or settlement | Legal Counsel | |
| 102 | Customer Complaints/Disputes | 40.05.102 | Ten (10) years after final disposition or settlement | Legal Counsel | |
| 103 | 3rd Party (Customer or Supplier) Litigation Files | 40.05.103 | Ten (10) years after final disposition or settlement | Legal Counsel | |
| 104 | Employment Litigation | 40.05.104 | Ten (10) years after final disposition or settlement | Legal Counsel | |
| 105 | Intellectual Property Litigation | 40.05.105 | Ten (10) years after final disposition or settlement | Legal Counsel | |
| 106 | Grievances | 40.05.106 | Ten (10) years after final disposition or settlement | Legal Counsel | |
| **40.05** | **40.05 SECURITY** | | | | |
| 100 | Badge Lists | 40.05.100 | Active | Corporate Security Director | |
| 101 | Case Investigation Work Papers (including Incident Reports) | 40.05.101 | Closed + Five (5) years | Corporate Security Director | |
| 102 | Pre-employment background | 40.05.102 | Five (5) years | Corporate Security | |

# SanDisk®

**Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**
**Document Number: 71-04-00004**
**Revision: Rev. 1, Final April 26, 2007**
**(replaces 71-01-01-003)**

| | checks | | | Director | |
|---|---|---|---|---|---|
| 103 | Visitor Registration | 40.05.103 | One (1) year | Corporate Security Director | |
| 104 | Emergency Action Plans | 40.05.104 | Active | Corporate Security Director | |
| 105 | Bldg System Access Records | 40.05.105 | 3 years | Corporate Security Director | |
| **45** | **MARKETING** | | | | |
| **45.01** | **GENERAL** | | | | |
| 100 | Market Research Data - Internal | 45.01.100 | Seven (7) years | Marketing Director | |
| 101 | Market Research Data - External | 45.01.101 | One (1) year | Marketing Director | |
| 102 | Market Surveys | 45.01.102 | Active | Marketing Director | |
| 103 | Strategic Marketing Plans | 45.01.103 | Active | Marketing Director | |
| 104 | Slide Presentations/Speeches | 45.01.104 | Seven (7) years | Marketing Director | |
| 105 | 3rd Party Sell Through Data | 45.01.105 | Seven (7) years | Marketing Director | |
| 106 | MRD - Marketing Requirements Document (product definition from Engineering – could contain IP info) | 45.01.106 | Permanent | Marketing Director | 75-01-00030 |
| 107 | ERD - Engineering Response Document (official reply to marketing – could contain IP info) | 45.01.107 | Permanent | Marketing Director | |
| 108 | CPD - Customer Product Definitions – (sales generated marketing approved customer customization requests) | 45.01.108 | Permanent | Marketing Director | |
| 109 | Product Development Phase Review Approvals | 45.01.109 | Seven (7) years | Product Management Director | |
| **45.02** | **WORLDWIDE SUPPORT SERVICES** | | | | |
| 100 | Customer Registration | 45.02.100 | Permanent | Customer Service Manager | |
| 101 | Customer Issues – Call Center | 45.02.101 | Five (5) years | Customer Service Manager | |
| 102 | Customer Issues – HQ | 45.02.102 | Five (5) years | Customer Service Manager | |
| 103 | Return Material Authorization – RMA's | 45.02.103 | Five (5) years | Customer Service Manager | |
| 104 | Better Business Bureau Complaints | 45.02.104 | Three (3) years | Customer Service Manager | |
| 105 | Attachments to Customer Questions | 45.02.105 | Five (5) years | Customer Service Manager | |
| **45.03** | **Public Relations** | | | | |
| 100 | Biographies of Company Personnel | 45.03.100 | Three (3) years | Marketing Director | |
| 101 | Media Packets/Kits | 45.03.101 | Active | Marketing Director | |
| 102 | Media Packets/Kits | 45.03.102 | Active | Marketing Director | |

**SanDisk®**

| | Title: **SANDISK WORLDWIDE RECORD RETENTION POLICY** |
|---|---|
| | Document Number: 71-04-00004 |
| | Revision: Rev. 1, Final April 26, 2007 |
| | (replaces 71-01-01-003) |

| 103 | News/Press Releases | 45.03.103 | Permanent | Marketing Director | |
|---|---|---|---|---|---|
| 104 | Newspaper Clippings | 45.03.104 | Permanent | Marketing Director | |
| 105 | Promotional Material | 45.03.105 | Five (5) years | Marketing Director | |
| **45.04** | **MARCOM Marketing Communications** | | | | |
| 100 | Retail Product Packaging (Two copies retained for historical reference) | 45.04.100 | Permanent | Marketing Director | |
| 101 | Product Literature/Collateral (Two copies retained for historical reference) | 45.04.101 | Permanent | Marketing Director | |
| 102 | Advertising Job File | 45.04.101 | Five (5) years | Marketing Director | |
| 103 | Publicity Photographs | 45.04.103 | Active | Marketing Director | |
| 104 | Publicity Records | 45.04.104 | Permanent | Marketing Director | |
| **50.01** | **PRODUCTION** | | | | |
| 100 | Product Inventory Records | 50.01.100 | Seven (7) years | Operations Director | 06-01-00175 |
| 101 | Production Costs | 50.01.101 | One (1) year | Operations Director | |
| 102 | Work Orders | 50.01.102 | Two (2) years | Operations Director | |
| 103 | Equipment Maintenance Records | 50.01.103 | One (1) year | Operations Director | Where contracts exist with the military |
| 104 | Planning Indicators (Business) | 50.01.104 | Seven (7) Years | Operations Director | Business |
| 105 | Personnel Training & Testing | 50.02.105 | Five (5) Years | Operations Director | Where contracts exist with the military |
| 106 | Self Audits with Corrective Action Plans | 50.02.106 | Four (4) Years | Operations Director | Where contracts exist with the military |
| 107 | Sort Summaries (Legal) | 50.02.107 | Seven (7) Years | Operations Director | Legal |
| 108 | Sort Visual Data (Legal) | 50.02.108 | Seven (7) Years | Operations Director | Legal |
| 109 | Station Log Sheets | 50.02.109 | One (1) Year | Operations Director | Where contracts exist with the military |
| **50.02** | **PROCUREMENT** | | | | |
| 100 | Bids, Accepted | 50.02.100 | Seven (7) years | Procurement Director | |
| 101 | Bids, Rejected | 50.02.101 | Seven (7) years | Procurement Director | |
| 102 | Purchase Orders (QAD) | 50.02.102 | Seven (7) years | Procurement Director | |
| 103 | Purchase Requisitions (Biz-flow) | 50.02.103 | Seven (7) years | Procurement Director | |
| 104 | Quotations | 50.02.104 | Seven (7) years | Procurement Director | |
| 105 | Approved Supplier Documents | 50.02.105 | Seven (7) years | Procurement | 99-01-00087 |

# SanDisk

| Title: | SANDISK WORLDWIDE RECORD RETENTION POLICY |
| --- | --- |
| Document Number: 71-04-00004 | |
| Revision: Rev. 1, Final April 26, 2007 | |
| (replaces 71-01-01-003) | |

| | (AVL) | | | Director | |
| --- | --- | --- | --- | --- | --- |
| **50.03** | **SHIPPING LOGISTICS** | | | | |
| 100 | Bill of Lading | 50.03.100 | Five (5) years | Logistics Director | |
| 101 | Export Declarations | 50.03.101 | Five (5) years | Export Control Manager | |
| 102 | Freight Records | 50.03.102 | Five (5) years | Logistics Director | |
| 103 | Import/Entry Documents (including commercial invoice) | 50.03.103 | Five (5) years | Export Control manager | |
| 104 | Packing Lists | 50.03.104 | Five (5) years | Logistics Director | |
| 105 | Shipping Instructions (in QAD) | 50.03.105 | Seven (7) year | Logistics Director | |
| 106 | Shipping Manifests | 50.03.106 | One (1) year | Logistics Director | |
| 107 | Receiving Documents | 50.02.107 | Seven (7) years | Logistics Director | |
| 102 | Inspection Reports/Data/First Article Inspection | 55.01.102 | Five (5) years | Quality/Doc Control Director | |
| **55** | **QUALITY** | | | | |
| **55.01** | **BUSINESS MANAGEMENT SYSTEM - BMS** | | | | |
| 100 | BMS/EMS Audit and Corrective Action Reports | 55.01.100 | Three (3) years | Quality/Doc Control Director | |
| 101 | Engineering Change Orders | 55.01.101 | Five (5) years | Quality/Doc Control Director | |
| 102 | Inspection Reports/Data/First Article Inspection | 55.01.102 | Five (5) years | Quality/Doc Control Director | |
| **55.02** | **ENVIRONMENTAL MANAGEMENT SYSTEM - EMS** | | | | |
| 100 | Environmental Monitoring Records | 55.02.100 | Six (6) years | EMS Manager | |
| 101 | Environmental Testing Methodology | 55.02.101 | Six (6) years | EMS Manager | |
| 102 | Environmental Testing Reports | 55.02.102 | Six (6) years | EMS Manager | |
| 103 | Fire Extinguisher Records | 55.02.103 | One (1) year | EMS Manager | |
| 104 | Fire Prevention Programs | 55.02.104 | Active | EMS Manager | |
| 105 | Hazard Communication Records | 55.02.105 | Thirty (30) years | EMS Manager | |
| 106 | Hazardous Exposure Records | 55.02.106 | Thirty (30) years | EMS Manager | |
| 107 | Hazardous Substance Identity Records | 55.02.107 | Thirty (30) years | EMS Manager | |
| 108 | Health and Safety Bulletins | 55.02.108 | Six (6) years | EMS Manager | |
| 109 | Health and Safety Procedures | 55.02.109 | Permanent | EMS Manager | |
| 110 | Material Safety Data Sheets | 55.02.110 | Thirty (30) years | EMS Manager | |
| 111 | Noise Exposure Measurements | 55.02.111 | Two (2) years | EMS Manager | |

# SanDisk®

**Title:** SANDISK WORLDWIDE RECORD RETENTION POLICY
**Document Number:** 71-04-00004
**Revision:** Rev. 1, Final April 26, 2007
**(replaces 71-01-01-003)**

| | | | | | |
|---|---|---|---|---|---|
| 112 | Radiation Exposure Records | 55.02.112 | Thirty (30) years | EMS Manager | |
| 113 | Safety Records | 55.02.113 | Six (6) years | EMS Manager | |
| 114 | Supplementary Records (OSHA Form 101) | 55.02.114 | Six (6) years | EMS Manager | |
| 115 | Toxic Substance Exposure Records | 55.02.115 | Thirty (30) years | EMS Manager | |
| 116 | Hazardous Waste Manifest | 55.02.116 | Three (3) years | EMS Manager | |
| 117 | ISO 14000 Documentation | 55.02.117 | Three (3) years | EMS Manager | |
| **60** | **SALES** | | | | |
| **60.01** | **SALES OPERATIONS** | | | | |
| 100 | Sales Order Records | 60.01.100 | Seven (7) years | Sales Operations Director | 77-01-00017 |
| 101 | Customer Pos | 60.01.101 | Seven (7) years | Sales Operations Director | |
| 102 | Customer Change Orders | 60.01.102 | Seven (7) years | Sales Operations Director | |
| 103 | Order acknowledgements | 60.01.103 | Seven (7) years | Sales Operations Director | |
| 104 | Return Material Authorization (RMA) | 60.01.104 | Seven (7) years | Sales Operations Director | |
| 105 | Scrap in Field Program Records | 60.01.105 | Seven (7) years | Sales Operations Director | |
| **60.02** | **60.02 - SALES** | | | | |
| 100 | Price Lists | 60.02.100 | Seven (7) years | Sales Director | |
| 101 | Sales Analysis Reports | 60.02.101 | Seven (7) years | Sales Director | |
| 102 | Sales Reports | 60.02.102 | Seven (7) years | Sales Director | |
| 103 | Pricing Committee Meeting Approvals | 60.02.103 | Seven (7) years | Sales Director | |
| 104 | Non-Committee Pricing Approvals | 60.02.104 | Seven (7) years | Sales Director | |
| 105 | *Bookings & Billings trends* | *60.02.105* | *Permanent* | *Sales Director* | *IRS* |
| 106 | Disti Billbacks with Support | 60.02.106 | Seven (7) years | Sales Director | IRS |
| 107 | Disti Price Authorizations | 60.02.107 | Seven (7) years | Sales Director | IRS |
| 108 | Disti reserve Materials | 60.02.108 | Seven (7) years | Sales Director | IRS |
| 109 | Distributor Audit Materials | 60.02.109 | Six (6) years | Sales Director | Internal Audit |
| 110 | Return and Adjustment Worksheets | 60.02.110 | Seven (7) years | Sales Director | IRS |
| **65** | **SanDisk India** | | | | |
| 100 | Monthly Reporting requirement for STPI | 06.01.100 | Ten (10) years | Managing Director | |

| **SanDisk** | Title: SANDISK WORLDWIDE RECORD RETENTION POLICY<br>Document Number: 71-04-00004<br>Revision: Rev. 1, Final April 26, 2007<br>(replaces 71-01-01-003) |
|---|---|

## APPENDIX B

## LISTING OF FUNCTIONAL GROUPS/AREAS

| Functional Group | Functional Group # | Functional Area | Functional Group/Area Number |
|---|---|---|---|
| **ENGINEERING** | 10 | NAND | 10.01 |
| | | ASIC | 10.02 |
| | | MANUFACTURING/PACKAGING ENGINEERING | 10.03 |
| | | PRODUCT AND TEST ENGINEERING | 10.04 |
| | | TECHNOLOGY | 10.05 |
| | | RELIABILITY | 10.06 |
| | | SANDISK 3D | 10.07 |
| | | SECURITY SYSTEMS | 10.08 |
| | | FIRMWARE/SOFTWARE DEVELOPMENT | 10.09 |
| | | SERIAL PRODUCTS | 10.10 |
| | | MEMORY STICK/xD PRODUCTS | 10.11 |
| | | NAND SYSTEMS | 10.12 |
| | | SANDISK ISRAEL LTD. | 10.13 |
| | | | |
| **EXECUTIVE OFFICERS** | 15 | GENERAL | 15.01 |

# SanDisk®

Title: SANDISK WORLDWIDE RECORD RETENTION POLICY
Document Number: 71-04-00004
Revision: Rev. 1, Final April 26, 2007
(replaces 71-01-01-003)

| Functional Group | Functional Group # | Functional Area | Functional Group/Area Number |
|---|---|---|---|
| **FACILITIES** | **20** | GENERAL | 20.01 |
| **FINANCE AND ADMINISTRATION** | **25** | ACCOUNTS PAYABLE | 25.01 |
| | | ACCOUNT RECEIVABLE | 25.02 |
| | | PROPERTY PLANT AND EQUIPMENT | 25.03 |
| | | ADMINISTRATIVE ACCOUNTING | 25.04 |
| | | GENERAL ACCOUNTING | 25.05 |
| | | PAYROLL | 25.06 |
| | | TAX COMPLIANCE | 25.07 |
| | | TREASURY | 25.08 |
| | | RECORDS MANAGEMENT | 25.09 |
| | | OPERATIONS ACCOUNTING | 25.10 |
| | | REVENUE ACCOUNTING | 25.11 |
| | | STOCK ADMINSTRATION | 25.12 |
| | | INVESTOR RELATIONS | 25.13 |
| | | EXTERNAL REPORTING | 25.14 |
| **HUMAN RESOURCES** | **30** | BENEFITS | 30.01 |
| | | EQUAL EMPLOYMENT (EEO) | 30.02 |
| | | HR GENERAL | 30.03 |
| | | HEALTH AND SAFETY | 30.04 |
| | | PERSONNEL ACTIONS | 30.05 |

# SanDisk®

| Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
| :--- |
| Document Number: 71-04-00004 |
| Revision: Rev. 1, Final April 26, 2007 |
| (replaces 71-01-01-003) |

| Functional Group | Functional Group # | Functional Area | Functional Group/Area Number |
| :--- | :--- | :--- | :--- |
| **INFORMATION TECHNOLOGY** | 35 | GENERAL IT | 35.01 |
| | | | |
| **LEGAL** | 40 | CORPORATE GOVERNANCE | 40.01 |
| | | CONTRACT ADMINISTRATION | 40.02 |
| | | INTELLECTUAL PROPERTY | 40.03 |
| | | LEGAL - GENERAL | 40.04 |
| | | LITIGATION/CLAIMS | 40.05 |
| | | SECURITY | 40.06 |
| | | | |
| **MARKETING** | 45 | GENERAL | 45.01 |
| | | MARKETING COMMUNICATIONS | 45.02 |
| | | PUBLIC RELATIONS | 45.03 |
| | | CUSTOMER SERVICE | 45.04 |
| | | | |

7SanDisk Confidential
71-01-01-003

# SanDisk®

| Title: SANDISK WORLDWIDE RECORD RETENTION POLICY |
| Document Number: 71-04-00004 |
| Revision: Rev. 1, Final April 26, 2007 |
| (replaces 71-01-01-003) |

| Functional Group # | Functional Area | Functional Group/Area Number | |
|---|---|---|---|
| **OPERATIONS** | 50 | PRODUCTION | 50.01 |
| | | PURCHASING | 50.02 |
| | | SHIPPING LOGISTICS | 50.03 |
| | | | |
| **QUALITY** | 55 | BUSINESS MANAGEMENT SYSTEMS | 55.01 |
| | | ENVIRONMENTAL MANAGEMENT SYSTEMS | 55.02 |
| **SALES** | 60 | SALES OPERATIONS | 60.01 |
| | | SALES GENERAL | 60.02 |
| | | | |
| **SANDISK INDIA** | 65 | SANDISK INDIA | 65.01 |
| | | | |
| | | | |

# SanDisk

**Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**
Document Number: 71-04-00004
Revision: Rev. 1, Final April 26, 2007
(replaces 71-01-01-003)

## APPENDIX C

## SDUS DEPARTMENTAL RECORDS RETENTION COORDINATORS

| Area | Departmental Coordinator |
|---|---|
| Accounting Services | Julia Kurniawan |
| Finance Operations | Cheng Thang |
| Human Resources | Huan Nguyen |
| Legal | Carol Jacobsen, Mary Joseph |
| Tax | Mary Mendes |
| IT | Carlos Mena |
| Technology | Heidi Isip |
| Operations | Sonia Ocampo |
| Procurement | Rena Betancourt, Gloryvee Alves |
| Supply Planning | Sandra Gonzales |
| Sales Operations, Logistics | Renee Beery |
| Sales | Candace Schmidt |
| Corporate Marketing | Patricia Davila |
| Product Marketing | Nora Campanella |
| Product Management | Adonis Sbrana-Werness, Ryan Inouye, Patricia Davila, Angela Carrillo |
| SanDisk 3D | Albert Meeks |
| Executives | Donna Ryan, Donareen Que, April Fraley, Joy Bayler |
| Corporate Engineering | Karen Elliot, Cathy Winchell |
| NAND Systems | Kevin Conley |
| Firmware/Software | Andy Tomlin |
| Memory Stick and xD Products | Mike McCarthy |
| ASIC | Geoff Gongwer |
| Security Systems | Micky Holtzman |
| Engineering Quality | Steve Gross |
| NAND Design | Mehrdad Mofidi, Heidi Isip |
| Device Reliability | Steve Wallace |
| Advanced Engineering (Manufacturing/Packaging) | Suresh Upadhyayula, Arun Malhotra |
| SanDisk India & CAD Tools | Kiran Buch |
| Test/Product Engineering | Randy Gilfespie, Paul Cooper |
| Serial Product Lines (Israel in US) | Aviad Zer |

| **SanDisk·** | Title: SANDISK WORLDWIDE RECORD RETENTION POLICY<br>Document Number: 71-04-00004<br>Revision: Rev. 1, Final April 26, 2007<br>(replaces 71-01-01-003) |
|---|---|

## APPENDIX D

## RECORDS ELIGIBLE FOR DISPOSAL AUTHORIZATION FORM

Date:

| Employee Name: | Department: |
|---|---|
| Employee Title: | Manager Approval: |
| Legal Approval: | Tax Approval: |

The following records are eligible for disposal based on the maturation of their retention periods and litigation or tax holds do not apply:

| SANDISK BOX NUMBER | STORAGE SUPPLIER BOX NUMBER | CONTENTS/DOCUMENT TYPE | DATE RANGE | ENDING RETENTION PERIOD |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**SanDisk**

| |
|---|
| **Title:  SANDISK WORLDWIDE RECORD RETENTION POLICY** |
| **Document Number:  71-04-00004** |
| **Revision:  Rev. 1, Final April 26, 2007** |
| **(replaces 71-01-01-003)** |

## APPENDIX E

## SAMPLE CERTIFICATE OF DISPOSAL

### XYZ RECORDS MANAGEMENT COMPANY
#### 1234 Memory Lane – Sunnyvale, CA 94089

## CERTIFICATE OF DESTRUCTION -- (SAMPLE)

January 6, 2006
Company Name
Company Address

This is to certify that on January 5, 2006 XYZ Records Management Company, at your request, under secured conditions have destroyed those 15 boxes designated by you for destruction.  The 15 boxes destroyed were as follows:

Box# 122212
Box# 144432
Box# 229983
Box# 258889
Box# 349928
Box# 377788
Box# 399887
Box# 401467
Box# 433992
Box# 536543
Box# 559832
Box# 664455
Box# 667113
Box# 746733
Box# 867768

XYZ Records Management Company is committed to helping save the environment.  All destroyed material that is recyclable, is brought to a recycling center to be processed into recycled paper products.

John D. Recycle
Vice President - Operations

| **SanDisk**® | **Title: SANDISK WORLDWIDE RECORD RETENTION POLICY** |
| | **Document Number: 71-04-00004** |
| | **Revision: Rev. 1, Final April 26, 2007** |
| | **(replaces 71-01-01-003)** |

# APPENDIX F

## LITIGATION/TAX HOLD NOTICE - SAMPLE

Re: [Insert Matter Name]

**[Insert Brief Description of Matter]**

I am sending you this notice because you have been identified as potentially having knowledge and information relevant to this dispute. Sometime in the future, SanDisk will likely be required to search for documents and other material that relate to this dispute. Although this search may not begin for several months, we ask that you **preserve any documents or other materials in your possession that relate to any of the following categories**:

1. **[Insert specific description of the related categories. Be specific and avoid using legalese.]**

Until further notice, please suspend any applicable document destruction procedures and take affirmative steps to retain all documents that relate to the above categories. This may include:

- Keeping all e-mail that pertains to this matter
- Modifying your e-mail filters to prevent automatic e-mail deletion
- Stopping the recycling or deletion of backups
- Keeping your electronic files safe from deletion and your paper files secured
- Stopping your routine document destruction policies for electronic and physical documents.

**If you are in any doubt about whether a document relates to a category above, please retain it**. We will notify you when the case has been completely resolved and this document retention policy is no longer in effect.

For the purpose of retaining documents in the above identified categories, the term "documents" includes electronic documents such as e-mails and attachments, spreadsheets, word processing documents, presentations, diagrams, images, CAD files, databases and other electronic information (whether maintained on a laptop, desktop computer, hard drive, server, network, legacy system, diskette, CD, CD-ROM, PDA, Blackberry, pager or other removable media or storage device). This also includes information stored on **non-SanDisk owned products** such as your personal laptop or home computer. Additionally, "documents" includes all hard copy materials including all writings (whether typed, printed, final or draft form), all handwritten notes, sketches, photographs, drawings, video tapes, photographs, product packaging, manuals and other tangible objects.

It is essential that all individuals who report to you and who might have custody or control of such documents and materials also be made aware of these instructions. Please give a copy of this notice to all members of your staff who may have documents relevant to this request (CC me please). Please contact me if there are other SanDisk employees outside of your group not listed here who may have information. These preservation requirements apply to files of both current and former personnel. Do not assume that the author or recipient of a document or e-mail that you possess will retain a copy of that document. If the document is in your possession, please preserve it.

# SanDisk·

| | |
|---|---|
| **Title: SANDISK WORLDWIDE RECORD RETENTION POLICY** | |
| **Document Number: 71-04-00004** | |
| **Revision: Rev. 1, Final April 26, 2007** | |
| **(replaces 71-01-01-003)** | |

<u>**Failure to comply with this request may result in disciplinary action against an employee or court-ordered sanctions against SanDisk.**</u>

If you learn of any information suggesting that any potentially relevant documents or other materials are not being retained, or if you have any questions about this memorandum or about this lawsuit, please contact litigation specialist, **[insert specialist's name and contact info]**. Please remember that this lawsuit should not be discussed among your co-workers or outside of SanDisk unless counsel is present. Further, you should not take any steps relating to this litigation (e.g., communicating with or distributing documents to opposing counsel) without express authorization from [_____] in-house or outside legal counsel (**[insert outside legal counsel's name]**). Finally, if you are contacted by anyone with respect to this litigation other than SanDisk in-house or outside legal counsel, please direct such inquiries to my attention.

Please acknowledge your receipt, understanding and ensured compliance of this letter by return email. Thank you for your help.

| **SanDisk** | **Title: SANDISK WORLDWIDE RECORD RETENTION POLICY**<br>**Document Number: 71-04-00004**<br>**Revision: Rev. 1, Final April 26, 2007**<br>**(replaces 71-01-01-003)** |
|---|---|

## APPENDIX G

## LITIGATION/TAX HOLD REMINDER - SAMPLE

Re: **Reminder of Litigation Hold for [Insert Matter Name]**

This is a reminder that the Litigation Hold regarding the above matter is still in effect. Thus, it is important that you continue to preserve all documents (including electronic data) and other materials related to the dispute.

Please refer to the attached original notice for more information or contact _____ if you have any questions.

Please acknowledge your receipt, understanding and ensured compliance of this letter by return email. Thank you for your help.

**SanDisk**

| Title: **SANDISK WORLDWIDE RECORD RETENTION POLICY** |
| Document Number: **71-04-00004** |
| Revision: **Rev. 1, Final April 26, 2007** |
| **(replaces 71-01-01-003)** |

## APPENDIX H

## LITIGATION/TAX HOLD RELEASE FORM - SAMPLE

Re: **Litigation Release for [Insert Matter Name]**

This is to inform you that the Litigation Hold regarding the above matter is now being released. The matter has been fully resolved, thus, it is not necessary that you continue to preserve all documents (including electronic data) and other materials related to the dispute.

Please refer to the attached original notice for more information or contact _____ if you have any questions.

Thank you for your help.

# SanDisk®

Title: **SANDISK WORLDWIDE RECORD RETENTION POLICY**
Document Number: 71-04-00004
Revision: Rev. 1, Final April 26, 2007
(replaces 71-01-01-003)

## APPENDIX I

## OFFSITE STORAGE TRANSMITTAL FORM

## (SEE SEPARATE FORM)

# Exhibit 2

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

March 7, 2007

<u>VIA ELECTRONIC AND FIRST CLASS MAIL</u>

Megan Comport
Vice President and Associate General Counsel
SanDisk Corporation
601 McCarthy Boulevard
Milpitas, CA 95035

Re:   <u>Dan Harkabi, Gidon Elazar and MDRM Technologies</u>

Dear Ms. Comport:

We represent Dan Harkabi, Gidon Elazar and MDRM Technologies.

It has come to our attention that SanDisk is in breach of numerous legal obligations towards our clients. Among other things, SanDisk is in breach of its obligation to pay the full amount of the earn-out provision of the Amended and Restated Stock Purchase Agreement dated September 13, 2004 (SPA). It has also recently terminated our clients in retaliation for their complaints about this and other conduct by SanDisk, and for other pretextual reasons.

We understand that our clients have been working to resolve the issue of the earn-out since June of 2006 by meeting with and/or providing documentation to senior management, including Eli Harari, Yoram Cedar and yourself. At this point, because SanDisk appears unwilling to make any good faith attempt to resolve this issue, and particularly in light of SanDisk's recent termination of our clients, Messrs. Harkabi and Elazar have no choice but to escalate this dispute. Accordingly, please be advised that we are invoking their rights under Article 9(e)(ii) of the SPA regarding dispute resolution. By contract, SanDisk and our clients are required to engage in a one-day mediation with an impartial mediator on or before April 6, 2007. We will propose a

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 355 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

number of impartial mediators as well as available dates to hold this mediation by the end of the week. We ask that you review this information and provide us with your selection or alternative names and dates no later than Wednesday, March 14, 2007.

In light of this dispute and the prospect of litigation, it is critically important that you retain all documents that in any way relate to these issues. Please consider this letter formal notice that you retain and preserve all copies of all documents, whether in hard or soft copy (including but not limited to emails, correspondence, presentations, notes, videotapes, etc.) that relate in any way to Dan Harkabi, Gidon Elazar, MDRM, or the MDRM Technology and/or its Derivatives, including but not limited to:

> (1.) emails and other correspondence to or from Messrs. Harkabi and Elazar, MDRM or any members of the Secure Content Solutions (SCS) team;

> (2.) all documents that refer in any way to Messrs. Harkabi and Elazar, MDRM or the SCS team;

> (3.) all documents that refer in any way to the MDRM Technology and/or Derivatives thereof, as defined in the SPA;

> (4.) all documents that refer or relate to the acquisition of MDRM, including but not limited to correspondence (for example correspondence by and/or between Eli Harrari, Rich Chernicoff, Cathy Lego and Yoram Cedar), draft agreements, business modeling, and technical and business evaluations or considerations;

> (5.) all documents that refer or relate to any debate or discussion at SanDisk about an earn-out with MDRM, including but not limited to correspondence, notes, and emails by and/or between Eli Harari, Rich Chernicoff, Cathy Lego and Yoram Cedar;

> (6.) all development, training, product, marketing, accounting, sales and finance documents that refer or relate to any products that use or embed the MDRM Technology and/or its Derivatives, including but not limited to the U3, SanGo, Cruzer Freedom, Cruzer Loop, and Trusted Flash from 2004 to the present;

> (7.) all documents, including DVDs and CDs or other means of electronic storage, that refer or relate to SanDisk's vision for and prospects for the MDRM Technology and/or its Derivatives;

> (8.) all documents that refer or relate to the "Emerging Markets" organization within SanDisk, including but not limited to business justifications, business plans, organizational charts and documents that refer to the reasons for the formation of such organization and the reasons this organization was disbanded or reorganized;

> (9.) all documents that refer or relate to the Device Management System (DMS), including but not limited to all correspondence, technical and business evaluations or considerations; organizational charts, meeting minutes, notes and documentation regarding the functionality and technology to be developed or incorporated into products by the DMS program;

51165/2064269.1                                    2

(10.) all documents that refer or relate to the efforts to incorporate, use or embed the MDRM Technology and/or its Derivatives on other devices, including all documents that track such attempts and refer or relate to the reason such attempts were or were not successful;

(11.) all documents that refer or relate to manufacturing U3 devices and/or downloading data onto U3 devices, including documents resident in China and other locations outside of the United States; all hardware and software that is used to or in anyway facilitates the download of data onto U3 devices from 2004 to the present;

(12.) all documents that refer or relate to sales and marketing efforts to promote the MDRM Technology and/or its Derivatives, including the U3, San Go, Cruzer Freedom, Cruzer Loop, and Trusted Flash, as well as all documents that refer or relate to any effort to impede, slow down or interfere with the sales and marketing of such products or products incorporating such technology, including email, internal meeting summaries, notes and memoranda, customer meeting notes and memoranda, documents sufficient to identify the persons involved in such efforts, and financial information such as budgeting, price lists and costs from 2004 to the present;

(13.) all employment reviews and objectives for Messrs. Harkabi and Elazar;

(14.) all documents that refer or relate to SanDisk's participation in or presentations at conferences from 2004 to the present that refer or relate in any way to the U3 device, including but not limited to its technical features and capabilities; .

(15.) all correspondence (such as emails), meeting minutes and presentations that refer or relate to Product Line Meetings (PLM) and staff meetings of Yoram Cedar from 2004 to the present;

(16.) all documents that refer or relate in any way to the Amended and Restated Stock Purchase Agreement between SanDisk, MDRM, Inc. and other parties dated September 13, 2004, including all documents regarding their negotiation, termination, and terms, obligations under those agreements, including the fulfillment of those obligations, and documents sent to third parties regarding SanDisk's relationship with Messrs. Harkabi, Elazar and/or MDRM;

(17.) all documents that refer or relate to any other agreements between SanDisk and any of Messrs. Harkabi, Elazar and/or MDRM, including but not limited to any employment, escrow or stock repurchase agreements;

(18.) all documents that refer or relate to "Booklocker" or any technology that uses or embeds any of the technology in Booklocker in whole or in part;

(19.) all documents that refer or relate to the escrow agent for the earn-out, including but not limited to any communications with the same;

(20.) all documents that refer or relate to the employment of Messrs. Harkabi and Elazar, including but not limited to their personnel files, performance reviews, compensation, and any employment action with respect to them, including termination;

(21.) all documents that refer or relate to the reduction in force by SanDisk on or about March 1, 2007;

(22.) all public disclosures, including but not limited to press releases, securities filings, communications made to analysts, regarding the acquisition of MDRM, the MDRM technology, and the reduction in force of March 1, 2007; and

(23.) all documents that refer or relate to U3 (the company) and/or M-Systems regarding the U3 program, including documents that refer or relate to engineering of the U3 product, such as security, certificates, keys, sessions, serial numbers, serialization, product identification, loading data into products as a step of their manufacturing, product manufacturing process, and amount of time per device in the manufacturing equipment.

We also ask that you retain all email, documents and computers (including laptops) of Messrs. Harkabi, Elazar and any member of the SCS team, the SanDisk U3 program team members (including Carlos Gonzales and Henry Huton), the SanDisk Trusted Flash Team members (including Farshid Sabet, Bahman Q., and Alson Kemp), and the SanDisk Engineering team of U3 and Trusted Flash (including Micky Holtzman, Sean Chang, and Simon Stolero), whether currently or formerly employed at SanDisk, and not re-image, write over or otherwise destroy or compromise any electronic data for such individuals.

Destruction or alteration of any such documents or electronic materials is undoubtedly a violation of SanDisk's Code of Ethics and Business Conduct. Moreover, destruction or alteration of any such documents or electronic materials may subject SanDisk and any individuals involved, to contempt of court or other civil and criminal penalties.

We look forward to receiving your response to our list of mediators no later than Wednesday, March 14, 2007. Thank you in advance for your compliance with these important requests. Please feel to contact me if you have any questions or wish to discuss this matter.


Very truly yours,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


Diane M. Doolittle
Co-Chair, National Trial Practice Group


cc:    Claude M. Stern

# Exhibit 3

# SanDisk·

# M E M O R A N D U M

| | |
|---|---|
| **To:** | SanDisk Employees |
| **From:** | Megan Comport |
| **Date:** | April 12, 2007 |
| Re: | **Do-Not-Destroy Memo For Documents Related To Potential Litigation Involving SanDisk** |

---

This memo serves to remind all SanDisk employees, temporary employees, and contractors of their ongoing responsibility regarding preserving documents that relate to potential litigation.

Exhibit A lists some examples of the sorts of documents, files and other items that are the subject of this Do-Not-Destroy Memo and therefore should be retained. Please carefully look at Exhibit A to determine whether you are likely to have documents, files, or other items covered by this memo.

Please forward a copy of this memo to all members of your staff who may have knowledge and/or documents relevant to this memo so they will also comply with these instructions. These preservation requirements apply to files of both current and former personnel. Do not assume that the author or recipient of a document or email that you possess will retain a copy of that document. If the document is in your possession, please preserve it. Failure to comply with this memo may result in disciplinary action against an employee and/or court-ordered sanctions against SanDisk.

If you have any questions about whether a given document, file, or other item falls within the scope of this memo, please save it rather than destroy it. If you need more specific information or have any questions about this policy, please contact Megan Comport. This memo is confidential and should not be disclosed to anyone who is not currently an employee, temporary employee, or contractor of SanDisk unless otherwise specifically directed by an individual in the SanDisk Legal department.

**ATTORNEY/CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

# EXHIBIT A

## <u>DOCUMENTS RELATED TO DMS</u>

1.   All documents that refer or relate to the Device Management System (DMS), including but not limited to all correspondence, technical and business evaluations or considerations; organizational charts, meeting minutes, notes and documentation regarding the functionality and technology to be developed or incorporated into products by the DMS program.

MPK 124916-1.061590.0502

**SanDisk·**

# MEMORANDUM

**To:**      SanDisk Employees

**From:**    Megan Comport

**Date:**    April 12, 2007

**Re:**      <u>Do-Not-Destroy Memo</u> For Documents Related To Potential Litigation Involving SanDisk

---

This memo serves to remind all SanDisk employees, temporary employees, and contractors of their ongoing responsibility regarding preserving documents that relate to potential litigation.

Exhibit A lists some examples of the sorts of documents, files and other items that are the subject of this Do-Not-Destroy Memo and therefore should be retained. Please carefully look at Exhibit A to determine whether you are likely to have documents, files, or other items covered by this memo.

Please forward a copy of this memo to all members of your staff who may have knowledge and/or documents relevant to this memo so they will also comply with these instructions. These preservation requirements apply to files of both current and former personnel. Do not assume that the author or recipient of a document or email that you possess will retain a copy of that document. If the document is in your possession, please preserve it. Failure to comply with this memo may result in disciplinary action against an employee and/or court-ordered sanctions against SanDisk.

If you have any questions about whether a given document, file, or other item falls within the scope of this memo, please save it rather than destroy it. If you need more specific information or have any questions about this policy, please contact Megan Comport. This memo is confidential and should not be disclosed to anyone who is not currently an employee, temporary employee, or contractor of SanDisk unless otherwise specifically directed by an individual in the SanDisk Legal department.

**ATTORNEY/CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

# EXHIBIT A

## DOCUMENTS RELATED TO U3

1. All documents that refer or relate to manufacturing U3 devices and/or downloading data onto U3 devices, including documents resident in China and other locations outside of the United States; all hardware and software that is used to or in anyway facilitates the download of data onto U3 devices from 2004 to present;

2. All documents that refer or relate to SanDisk's participation in or presentations at conferences from 2004 to the present that refer or relate in any way to the U3 device, including but not limited to its technical features and capabilities; and

3. All documents that refer or relate to U3 (the company) and/or M-Systems regarding the U3 program, including documents that refer or relate to engineering of the U3 product, such as security, certificates, keys, sessions, serial numbers, serialization, product identification, loading data into products as a step of their manufacturing, product manufacturing process, and amount of time per device in the manufacturing equipment.

MPK 124917-1.061590.0502

# SanDisk

# MEMORANDUM

**To:**       SanDisk Employees

**From:**    Megan Comport

**Date:**    April 12, 2007

Re:        <u>**Do-Not-Destroy Memo**</u> **For Documents Related To Potential Litigation Involving SanDisk**

---

This memo serves to remind all SanDisk employees, temporary employees, and contractors of their ongoing responsibility regarding preserving documents that relate to potential litigation.

Exhibit A lists some examples of the sorts of documents, files and other items that are the subject of this Do-Not-Destroy Memo and therefore should be retained. Please carefully look at Exhibit A to determine whether you are likely to have documents, files, or other items covered by this memo.

Please forward a copy of this memo to all members of your staff who may have knowledge and/or documents relevant to this memo so they will also comply with these instructions. These preservation requirements apply to files of both current and former personnel. Do not assume that the author or recipient of a document or email that you possess will retain a copy of that document. If the document is in your possession, please preserve it. Failure to comply with this memo may result in disciplinary action against an employee and/or court-ordered sanctions against SanDisk.

If you have any questions about whether a given document, file, or other item falls within the scope of this memo, please save it rather than destroy it. If you need more specific information or have any questions about this policy, please contact Megan Comport. This memo is confidential and should not be disclosed to anyone who is not currently an employee, temporary employee, or contractor of SanDisk unless otherwise specifically directed by an individual in the SanDisk Legal department.

**ATTORNEY/CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

# EXHIBIT A

## MDRM DOCUMENTS

1.  All documents that refer or relate to the acquisition of MDRM, including but not limited to correspondence (for example correspondence by and/or between Eli Harari, Rich Chernicoff, Cathy Lego and Yoram Cedar), draft agreements, business modeling, and technical and business evaluations or considerations;

2.  All documents that refer or relate in any way to the Amended and Restated Stock Purchase Agreement between SanDisk, MDRM, Inc. and other parties dated September 13, 2004, including all documents regarding their negotiation, termination, and terms, obligations under those agreements, including the fulfillment of those obligations, and documents sent to third parties regarding SanDisk's relationship with Messrs. Harkabi, Elazar and/or MDRM;

3.  All documents that refer or relate to any other agreements between SanDisk and any of Messrs. Harkabi, Elazar and/or MDRM, including but not limited to any employment, escrow or stock repurchase agreements;

4.  All development, training, product, marketing, accounting, sales and finance documents that refer or relate to any products that use or embed the MDRM Technology and/or its Derivatives, including but not limited to the U3, SanGo, Cruzer Freedom, Cruzer Loop, and Trusted Flash from 2004 to the present;

5.  All documents that refer or relate to the escrow agent for the earn-out, including but not limited to any communication with the same;

6.  All public disclosures, including but not limited to press releases, securities filings, communications made to analysts, regarding the acquisition of MDRM, the MDRM technology, and the reduction in force of March 1, 2007; and

7.  All documents that refer in any way to Messrs. Harkabi and Elazar, MDRM or the Secure Content Solutions (SCS) team.

U.S. practice conducted through McDermott Will & Emery LLP.

**SanDisk·**

# MEMORANDUM

**To:**       SanDisk Employees

**From:**    Megan Comport

**Date:**    April 12, 2007

**Re:**       <u>Do-Not-Destroy Memo</u> **For Documents Related To Potential Litigation Involving SanDisk**

---

This memo serves to remind all SanDisk employees, temporary employees, and contractors of their ongoing responsibility regarding preserving documents that relate to potential litigation.

Exhibit A lists some examples of the sorts of documents, files and other items that are the subject of this Do-Not-Destroy Memo and therefore should be retained. Please carefully look at Exhibit A to determine whether you are likely to have documents, files, or other items covered by this memo.

Please forward a copy of this memo to all members of your staff who may have knowledge and/or documents relevant to this memo so they will also comply with these instructions. These preservation requirements apply to files of both current and former personnel. Do not assume that the author or recipient of a document or email that you possess will retain a copy of that document. If the document is in your possession, please preserve it. Failure to comply with this memo may result in disciplinary action against an employee and/or court-ordered sanctions against SanDisk.

If you have any questions about whether a given document, file, or other item falls within the scope of this memo, please save it rather than destroy it. If you need more specific information or have any questions about this policy, please contact Megan Comport. This memo is confidential and should not be disclosed to anyone who is not currently an employee, temporary employee, or contractor of SanDisk unless otherwise specifically directed by an individual in the SanDisk Legal department.

**ATTORNEY/CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

# EXHIBIT A

## MDRM TECHNICAL DOCUMENTS

1.  All development, training, product, marketing, accounting, sales and finance documents that refer or relate to any products that use or embed the MDRM Technology and/or its Derivatives, including but not limited to the U3, SanGo, Cruzer Freedom, Cruzer Loop, and Trusted Flash from 2004 to the present;

2.  All documents that refer in any way to Messrs. Harkabi and Elazar, MDRM or the Secure Content Solutions (SCS) team;

3.  All documents, including DVDs and CDs or other means of electronic storage, that refer or relate to SanDisk's vision for and prospects for the MDRM Technology and/or its Derivatives;

4.  All documents that refer or relate to the efforts to incorporate, use or embed the MDRM Technology and/or its Derivatives on other devices, including all documents that track such attempts and refer or relate to the reason such attempts were or were not successful; and

5.  All documents that refer or relate to sales and marketing efforts to promote the MDRM Technology and/or its Derivatives, including the U3, SanGo, Cruzer Freedom, Cruzer Loop, and Trusted Flash, including email, internal meeting summaries, notes and memoranda, customer meeting notes and memoranda, documents sufficient to identify the persons involved in such efforts, and financial information such as budgeting, price lists and costs from 2004 to the present.

MPK 124915-1.061590.0502