# Elazar Exhibit 7

```
                          Re MDRM Q3 EARNOUT REPORT.txt
From: Dan Harkabi
Sent: Wednesday, November 22, 2006 2:58 PM
To: Mary Joseph; john.wahl@computershare.com
Cc: Alon Sahar; Gidi Elazar; Yoram Cedar; Charles Van Orden; Judy
Bruner; Richard Chernicoff; Megan Comport; Eli Harari; Dan Harkabi
Subject: Re: MDRM Q3 EARNOUT REPORT

Yoram, Megan,
We have received your report of the Q3 2006 MDRM earn out.
We disagree with your report. SanDisk sold more than 3.2 million "MDRM Units", as
defined in the SPA and MDRM shareholders are entitled to the entire earn out.
Regards,
Dan




On 11/14/06 11:20 AM, "Mary Joseph" <mjoseph@sandisk.com> wrote:


>
> Attached please find the MDRM Q3 2006 Earnout Report.  I am sending
> this on behalf of Megan Comport.
>
> Please let us know if you have any questions.
>
> Best Regards,
> Mary Joseph
> Assistant to Charles Van Orden and Megan Comport SanDisk Legal
> Department
> Tel: 1.408.801.1180
> Fax: 1.408.801.9012
>
> -----------------------------------------




                                   Page 1
```

HE00774