

RECEIVED
SEP 23 2010
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/10

Michael H. Gruenglas
Robert A. Fumerton
Patrick G. Rideout
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

– and –

David W. Hansen
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

*Attorneys for Defendant SanDisk Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
:
DAN HARKABI,
GIDON ELAZAR,
:
        Plaintiffs,        :       Index No. 08-CV-8203 (WHP)(THK)
:
   vs.                     :       ECF Case
:
SANDISK CORPORATION,       :       **STIPULATION AND
:                                   AGREED ORDER FOR
        Defendant.         :       SUBSTITUTION OF COUNSEL**
:
----------------------------------x

       WHEREAS, on September 23, 2008, Plaintiffs Dan Harkabi and Gidon Elazar commenced this action (the "Action") against Defendant SanDisk Corporation ("SanDisk");

       WHEREAS, O'Melveny & Myers LLP ("O'Melveny") has represented SanDisk in the Action; and

WHEREAS, O'Melveny and SanDisk have agreed that O'Melveny may withdraw as counsel in this Action and be substituted as counsel of record by Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that Skadden, Arps be substituted in the place of O'Melveny as counsel of record for SanDisk.

Dated: September 20, 2010
       New York, New York

O'MELVENY & MYERS LLP

*/s/ Charles E. Bachman*
Charles E. Bachman (cbachman@omm.com)
Seven Times Square
New York, New York 10036
(212) 326-2000

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

*/s/ Michael Gruenglas /with permission PGR*
Michael H. Gruenglas (Michael.Gruenglas@skadden.com)
Robert A. Fumerton (Robert.Fumerton@skadden.com)
Patrick G. Rideout (Patrick.Rideout@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000

- and -

David W. Hansen (David.Hansen@skadden.com)
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4500

**SO ORDERED:**

_____
United States District Judge

September __, 2010
New York, New York

SO ORDERED:

*/s/ William H. Pauley*
WILLIAM H. PAULEY III U.S.D.J.
9/23/10

2