LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
MARY MARGULIS-OHNUMA
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU
ALISON L. FISCHER
SARAH K. JACKEL

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**VIA FEDERAL EXPRESS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/10

October 6, 2010

Hon. William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007-1312

Re:   *Harkabi v. SanDisk*, 08 cv. 08203 (WHP)

Dear Judge Pauley:

We write on behalf of plaintiffs to request a modification to the discovery schedule to provide approximately two additional weeks for expert discovery. We have conferred with SanDisk and it does not object to this request as long as the date to designate experts is extended a corresponding two weeks. The proposed dates are as follows:

- The parties shall designate experts by November 12, 2010;

- Plaintiffs shall serve their expert report by December 17, 2010;

- Defendant shall serve its opposition expert report by January 26, 2011;

- Plaintiffs shall serve their rebuttal expert report by February 14, 2011;

- Expert discovery shall be completed by March 14, 2011;

- The parties shall submit a joint pre-trial order by April 8, 2011;

*Application Granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/7/10

LAW OFFICES
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

☒ • The Court will hold a final pre-trial conference on Apr. 29, 2011 at 11:15 a.m.

Respectfully submitted,

Charles Stillman /DVS
Charles A. Stillman

cc: Michael Gruenglas, Counsel for SanDisk