## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3567
DIRECT FAX
(917) 777-3567
EMAIL ADDRESS
MICHAEL.GRUENGLAS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2011

January 19, 2011



**BY HAND**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

RE:   Harkabi v. SanDisk, 08 cv. 08203 (WHP)

Dear Judge Pauley:

We write on behalf of SanDisk Corporation ("SanDisk"), defendant in the above-captioned action, to request a modification to the discovery schedule to provide additional time for expert discovery without modifying the date for the Court's final pre-trial conference. We have conferred with counsel for Plaintiffs and they consent to this request. Plaintiffs sought a similar extension from this Court on October 6, 2010, which the Court so ordered on October 7, 2010.

The parties agree to the following dates:

- SanDisk shall serve its opposition expert report by February 16, 2011;

- Plaintiffs shall serve their rebuttal expert report by March 7, 2011;

- Expert discovery shall be completed by March 24, 2011;

- The parties shall submit a joint pre-trial order by April 18, 2011;

- The Court will hold a final pre-trial conference on April 29, 2011 (unchanged).

Respectfully submitted,

Michael H. Gruenglas

cc (by email): Charles A. Stillman, James Mitchell and Daniel Shapiro, Counsel for Plaintiffs

SO ORDERED:

_____
U.S.D.J.

*Application granted. The parties' proposed schedule is adopted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

1/21/2011